JOHN P. COLEMAN, SBN 60844
**BOLLING & GAWTHROP**
A Professional Corporation
8880 Cal Center Drive, Suite 190
Sacramento, California  95826
Telephone:  (916) 369-0777
Facsimile:  (916) 369-2698

STEPHEN T. MOFFETT, PHV
THOMAS L. VITU, PHV
**MOFFETT VITU LASCO & PACKUS, PC**
Brown Street Centre
255 East Brown Street, Suite 349
Birmingham, MI 48009
Telephone:  (248) 646-5100
Facsimile:  (248) 646-5332

Attorneys for Sunbeam Products, Inc.

MARY E. ALEXANDER, ESQ. (SBN 104173)
JENNIFER L. FIORE, ESQ. (SBN 203618)
Mary Alexander & Associates, P.C.
44 Montgomery Street, Suite 1303
San Francisco, CA 94104
Telephone:  (415) 433-4440
Facsimile: (415) 433-5440

GEORGE E. McLAUGHLIN, ESQ. (PHV)
40 Inverness Drive East
Engelwood, CO 80112
Telephone: (303) 792-5595
Facsimile: (303) 708-0527

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS POST, Individually and as Personal Representative of the Estate of Ida Post; DEBRA FERGUSON; BOBBIE HASKETT; MICHAEL POST; LAURA ZEDAKER and MARGIE ZERVOS,<br><br>    Plaintiff,<br><br>v.<br><br>SUNBEAM PRODUCTS, INC.,<br><br>    Defendants. | Case No. 2:11-CV-00792-JAM-CMK<br><br>**STIPULATION TO MODIFY STATUS (PRE-TRIAL SCHEDULING) ORDER TO CONTINUE DATES FOR TRIAL, PRE-TRIAL AND DISPOSITIVE MOTIONS CUT-OFF AND ORDER THEREON** |

**Bolling & Gawthrop**
*A Professional Corporation*

1

STIPULATION TO MODIFY STATUS (PRE-TRIAL SCHEDULING) ORDER TO CONTINUE DATES FOR TRIAL, PRE-TRIAL AND DISPOSITIVE MOTIONS CUT-OFF;[PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

Comes now the parties, plaintiffs Thomas Post, individually and as Personal Representative of the Estate of Ida Post, Debra Ferguson, Bobbie Haskett, Michael Post, Laura Zedkar and Margie Zervos by and through their attorneys Mary E. Alexander, Esq. and George E. McLaughlin, Esq. and defendant Sunbeam Products, Inc., by and through its attorneys, John P. Coleman, Esq. and Thomas Vitu, Esq., and pursuant to Federal Rules of Civil Procedure 15(b), hereby stipulate as follows:

1. Plaintiffs have reviewed and considered Sunbeam's Ex Parte Application and Motion to Modify dates for trial, pre-trial conference and dispositive motion cut-off filed April 16, 2012 and agree to a continuance of the trial date to October 15, 2012, as well as a continuance of the pre-trial conference date and dispositive motion cut-off dates, as stated in plaintiff's Response to Sunbeam's Ex Parte Application and Motion to Modify status (pre-trial scheduling) order filed on April 17, 2012.

2. On April 20, 2012, with the suggested dates from the clerk of this Court the parties have agreed upon the following new dates to be submitted as a stipulation and proposed order for the Court's consideration:

| | |
|---|---|
| Dispositive motion filing: | June 13, 2012 |
| Dispositive motion hearing: | July 11, 2012 at 9:30 a.m. |
| Joint pre-trial statement: | August 8, 2012 |
| Pre-trial conference date: | August 15, 2012 at 11:00 a.m. |
| Jury trial date: | October 15, 2012 at 9:00 a.m. |

WHEREFORE, in light of the foregoing, plaintiffs Thomas Post, individually and as Personal Representative of the Estate of Ida Post, Debra Ferguson, Bobbie Haskett, Michael Post, Laura Zedkar and Margie Zervos and defendant Sunbeam Products, Inc., hereby stipulate and consent to the above suggested new trial date, pre-trial date, and dispositive motions cut-off dates and respectfully requests this Court to modify the status (pre-trial scheduling) order to the aforementioned dates set forth above.

/ / /

/ / /

Bolling &
Gawthrop
*A Professional
Corporation*

STIPULATION TO MODIFY STATUS (PRE-TRIAL SCHEDULING) ORDER TO CONTINUE DATES FOR TRIAL, PRE-TRIAL
AND DISPOSITIVE MOTIONS CUT-OFF;[PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

Dated:  April 20, 2012                    Mary Alexander & Associates

                                          By: _____//ss//_____
                                          Mary E. Alexander
                                          Attorneys for Plaintiffs

Dated: April 20, 2012

                                          By: _____//ss//_____
                                          George E. McLaughlin
                                          Attorneys for Plaintiffs

Dated:  April 20, 2012                    BOLLING & GAWTHROP

                                          By: _____//ss//_____
                                          John P. Coleman
                                          Attorneys for Sunbeam Products, Inc.

Dated:  April 20, 2012                    MOFFETT, VITU, LASCOE & PACKUS

                                          By:_____//ss//_____
                                          Thomas L. Vitu
                                          Attorneys for Sunbeam Products, Inc.

## <u>ORDER ON STIPULATION</u>

For Good Cause shown; it is SO ORDERED.

Dated: _April 20, 2012_____

                                          /s/ John A. Mendez_____
                                          UNITED STATES DISTRICT COURT JUDGE

Bolling &
Gawthrop
*A Professional
Corporation*

3
STIPULATION TO MODIFY STATUS (PRE-TRIAL SCHEDULING) ORDER TO CONTINUE DATES FOR TRIAL, PRE-TRIAL
AND DISPOSITIVE MOTIONS CUT-OFF;[PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com