1  JOHN P. COLEMAN, SBN 60844
**BOLLING & GAWTHROP**
2  A Professional Corporation
8880 Cal Center Drive, Suite 190
3  Sacramento, California 95826
Telephone: (916) 369-0777
4  Facsimile: (916) 369-2698

5  STEPHEN T. MOFFETT, PHV
THOMAS L. VITU, PHV
6  **MOFFETT VITU LASCO & PACKUS, PC**
Brown Street Centre
7  255 East Brown Street, Suite 349
Birmingham, MI 48009
8  Telephone: (248) 646-5100
Facsimile: (248) 646-5332

9
Attorneys for Sunbeam Products, Inc.
10

11  MARY E. ALEXANDER, ESQ. (SBN 104173)
JENNIFER L. FIORE, ESQ. (SBN 203618)
12  Mary Alexander & Associates, P.C.
44 Montgomery Street, Suite 1303
13  San Francisco, CA 94104
Telephone: (415) 433-4440
14  Facsimile: (415) 433-5440

15  GEORGE E. McLAUGHLIN, ESQ. (PHV)
40 Inverness Drive East
16  Engelwood, CO 80112
Telephone: (303) 792-5595
17  Facsimile: (303) 708-0527

18  Attorneys for Plaintiffs

19
UNITED STATES DISTRICT COURT
20
EASTERN DISTRICT OF CALIFORNIA
21

| | |
|---|---|
| 22 THOMAS POST, Individually and as Personal Representative of the Estate of Ida Post; DEBRA FERGUSON; BOBBIE HASKETT; MICHAEL POST; LAURA ZEDAKER and MARGIE ZERVOS, | Case No. 2:11-CV-00792-JAM-CMK |
| | **STIPULATION TO MODIFY STATUS (PRE-TRIAL SCHEDULING) ORDER TO CONTINUE DATES FOR TRIAL, PRE-TRIAL AND DISPOSITIVE MOTIONS CUT-OFF AND ORDER THEREON** |
| Plaintiff, | |
| v. | |
| SUNBEAM PRODUCTS, INC., | |
| Defendants. | |

**Bolling &
Gawthrop**
*A Professional
Corporation*

1
STIPULATION TO MODIFY STATUS (PRE-TRIAL SCHEDULING) ORDER TO CONTINUE DATES FOR TRIAL, PRE-TRIAL
AND DISPOSITIVE MOTIONS CUT-OFF;[PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1    Comes now the parties, plaintiffs Thomas Post, individually and as Personal

2  Representative of the Estate of Ida Post, Debra Ferguson, Bobbie Haskett, Michael Post, Laura

3  Zedkar and Margie Zervos by and through their attorneys Mary E. Alexander, Esq. and George E.

4  McLaughlin, Esq. and defendant Sunbeam Products, Inc., by and through its attorneys, John P.

5  Coleman, Esq. and Thomas Vitu, Esq., and pursuant to Federal Rules of Civil Procedure 15(b),

6  hereby stipulate as follows:

7    1.    Plaintiffs have reviewed and considered Sunbeam's Ex Parte Application and

8  Motion to Modify dates for trial, pre-trial conference and dispositive motion cut-off filed April 16,

9  2012 and agree to a continuance of the trial date to October 15, 2012, as well as a continuance of

10  the pre-trial conference date and dispositive motion cut-off dates, as stated in plaintiff's Response

11  to Sunbeam's Ex Parte Application and Motion to Modify status (pre-trial scheduling) order filed

12  on April 17, 2012.

13    2.    On April 20, 2012, with the suggested dates from the clerk of this Court the parties

14  have agreed upon the following new dates to be submitted as a stipulation and proposed order for

15  the Court's consideration:

16    Dispositive motion filing:    June 13, 2012

17    Dispositive motion hearing:    July 11, 2012 at 9:30 a.m.

18    Joint pre-trial statement:    August 8, 2012

19    Pre-trial conference date:    August 15, 2012 at 11:00 a.m.

20    Jury trial date:    October 15, 2012 at 9:00 a.m.

21    WHEREFORE, in light of the foregoing, plaintiffs Thomas Post, individually and as

22  Personal Representative of the Estate of Ida Post, Debra Ferguson, Bobbie Haskett, Michael Post,

23  Laura Zedkar and Margie Zervos and defendant Sunbeam Products, Inc., hereby stipulate and

24  consent to the above suggested new trial date, pre-trial date, and dispositive motions cut-off dates

25  and respectfully requests this Court to modify the status (pre-trial scheduling) order to the

26  aforementioned dates set forth above.

27  / / /

28  / / /

Bolling &
Gawthrop
*A Professional
Corporation*

2
STIPULATION TO MODIFY STATUS (PRE-TRIAL SCHEDULING) ORDER TO CONTINUE DATES FOR TRIAL, PRE-TRIAL
AND DISPOSITIVE MOTIONS CUT-OFF;[PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1

2  Dated:  April 20, 2012                    Mary Alexander & Associates

3

4                                            By: _____//ss//_____
                                             Mary E. Alexander
5                                            Attorneys for Plaintiffs

6
   Dated: April 20, 2012
7
                                             By: _____//ss//_____
8                                            George E. McLaughlin
                                             Attorneys for Plaintiffs
9

10 Dated:  April 20, 2012                    BOLLING & GAWTHROP

11
                                             By: _____//ss//_____
12                                           John P. Coleman
                                             Attorneys for Sunbeam Products, Inc.
13

14 Dated:  April 20, 2012                    MOFFETT, VITU, LASCOE & PACKUS

15
                                             By:_____//ss//_____
16                                           Thomas L. Vitu
                                             Attorneys for Sunbeam Products, Inc.
17

18                        **<u>ORDER ON STIPULATION</u>**

19        For Good Cause shown; it is SO ORDERED.

20 Dated: _April 20, 2012_____

21                                           /s/ John A. Mendez_____
                                             UNITED STATES DISTRICT COURT JUDGE
22

23

24

25

26

27

28

**Bolling &
Gawthrop**
*A Professional
Corporation*

3

STIPULATION TO MODIFY STATUS (PRE-TRIAL SCHEDULING) ORDER TO CONTINUE DATES FOR TRIAL, PRE-TRIAL
AND DISPOSITIVE MOTIONS CUT-OFF;[PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com