# EXHIBIT  D

## CURRICULUM VITAE

### Loren G. Lipson, M.D.

### January 1, 2011

**A. Personal Information**

1. Name:     Loren G. Lipson, M.D.

2. Titles:     Professor Emeritus of Medicine
   Keck School of Medicine of the University of Southern California,

   Affiliate Professor, Biomedical WWAMI Program, College of Letters and Sciences,
   and
   Affiliate Professor, College of Health and Social Welfare
   University of Alaska Anchorage.

   Adjunct Professor, School of Community and Global Health, Claremont Graduate University

3. Mailing Address:     P.O. Box J
   South Pasadena, California 91031

4. Business Telephone:   626-403-0169

5. Fax:     626-403-0165

**B. Education**

1. High School – Birmingham High School, Van Nuys, California. Graduated, June 1961.

2. University – U.C.L.A.: B.S. in Chemistry with a minor in Math and English.
   (Summa Cum. Laude), June 1965.

3. Medical School – The Johns Hopkins University School of Medicine, Baltimore, Maryland: M.D., June 1969

4. Internship – The Johns Hopkins Hospital, Osler Medical Service, 1969 – 1970.

5. Residency - The Johns Hopkins Hospital, Osler Medical Service, 1970 – 1971

6. Fellowships:

   a. The Johns Hopkins University School of Medicine, Baltimore, Maryland: Clinical Fellow in Medicine, 1969-1971

   b. The National Institutes of Health, Bethesda, Maryland: Research Associate – Protein Chemistry, Physical Biochemistry, Molecular Biology – Laboratory of Chemical Biology, National Institute of Arthritis, Metabolic and Digestive Diseases (NIAMDD), 1971-1973.

   c. Massachusetts General Hospital, Boston, Massachusetts: Clinical and Research Fellow in Medicine (Endocrinology and Metabolism), 1973-1976

   d. Harvard Medical School, Boston, Massachusetts: Clinical and Research Fellow in Medicine (Endocrinology and Metabolism),1973-1975.

   e. Harvard Medical School, Boston, Massachusetts: John A. Hartford Senior Scholar in Geriatric Medicine, Division of Aging,1984-1985

   f. Beth Israel Hospital, Boston, Massachusetts: Clinical Fellow in Medicine (Gerontology), 1984-1985

   g. Brigham – Women's Hospital, Boston, Massachusetts: Clinical Fellow in Medicine (Gerontology), 1984-1985

   h. Hebrew Rehabilitation Center for the Aged, Boston, Massachusetts: Clinical Fellow in Geriatric Medicine, 1984 -1985.

   i Institute of Advanced Studies on Gerontology, Ethel Percy Andrus Gerontology Center, USC, Los Angeles, California: Fellow in Institute, Area – Drugs in the Elderly, 1985-1987

   j. Geriatric Research Institute, Ethel Percy Andrus Gerontology Center, USC, Los Angeles, California: Senior Research Associate, 1985-1989.

7.   Honors and Award

1965

Phi Beta Kappa; Recipient of Merck Award in Chemistry;
Outstanding Undergraduate in Chemistry Award of Phi Lambda Upsilon; Medal for Scholarship of the American Institute of Chemists; The Ramsey Prize in Physical Chemistry; Sigma XI–
All at U.C.L.A.

1968 – 1969

Henry Strong Denison Scholarship for Research in Medicine, The Johns Hopkins University School of Medicine.

1975 - 1977

National Research Service Award in Diabetes (NIAMDD), National Institutes of Health.

1975 – 1978

Daland Fellowship in Clinical Medicine, American Philosophical Society.

1977 – 1978

Clinical Investigator Award in Diabetes, NIAMDD, National Institutes of Health.

1984 – 1985

John A. Hartford Senior Scholar Award in Geriatric Medicine, Division of Aging, Harvard Medical School.

1989

The Genesis Award, For Innovative Health Care Delivery, Los Angeles Business Journal.

1989

Professional Leadership Program Award, Volunteer Center of Los Angeles.

1999

One of Top 20 Physicians in the Greater Los Angeles Area (and only Geriatrician named), Los Angeles Business Journal.

2000

One of Top Primary-Care Physicians in the U.S., Town and Country Magazine.

2002

One of Top Ten Physicians in Los Angeles, America-On-Line.

8.   Licensure:      California.

9.   Boards:        American Board of Internal Medicine, 1974.

American Board of Quality Assurance and Utilization Review Physicians, 1995

Certificate of Expertise in Geriatric Medicine, American Board of Internal Medicine, 1996

## C.   Professional Background

1.   Academic Appointments

a.   The Johns Hopkins University School of Medicine, Baltimore, Maryland; Clinical Fellow in Medicine, 1969-1971.

b.   Massachusetts General Hospital, Boston, Massachusetts; Clinical and Research Fellow in Medicine (Endocrinology and Metabolism), 1973-1976.

c.   Harvard Medical School, Boston, Massachusetts; Clinical and Research Fellow in Medicine (Endocrinology and Metabolism), 1973-1975.

d.   Harvard Medical School, Boston, Massachusetts; Instructor in Medicine (Diabetes), 1975-1978.

e.   Massachusetts General Hospital, Boston, Massachusetts; Clinical Assistant in Medicine (Diabetes Unit), 1976-1978.

f.   University of Southern California School of Medicine, Los Angeles, California; Assistant Professor of Medicine (Diabetes Division), 1978-1981.

g.   University of Southern California School of Medicine, Los Angeles, California; Assistant Professor of Medicine, with tenure (Division of Diabetes and Clinical Nutrition), 1981 – January 1984.

h.   Los Angeles County/University of Southern California Medical Center, Los Angeles, California; Staff Physician in Medicine (Diabetes Service), 1978 – January 1984

4

i.    University of Southern California School of Medicine, Los Angeles, California; Associate Professor of Medicine (Division of Geriatric Medicine), January 1984 – September 2006.

j.    University of Southern California School of Medicine, Los Angeles, California; Chief, Division of Geriatric Medicine in the Department of Medicine, January 1984 – 2005.

k.    University of Southern California, Los Angeles, California; Associate Professor of Gerontology, Leonard Davis School of Gerontology, Ethel Percy Andrus Gerontology Center, January 1984 – September 2006.

l.    University of Southern California, Los Angeles, California; Associate Professor of Clinical Pharmacy, U.S.C. School of Pharmacy, October 1989 – September 2006.

m.    Los Angeles County/University of Southern California Medical Center, Los Angeles, California; Staff Physician in Medicine, (Geriatric Medicine), 1984-2004.

n.    Sabbatical Leave, Harvard Medical School, Boston, Massachusetts; Division of Aging, John A. Hartford Senior Scholar in Geriatric Medicine, 1984 – 1985.

o.    Brigham & Women's Hospital, Boston, Massachusetts; Clinical Fellow in Medicine (Geriatric Medicine), 1984 -1985.

p.    Beth Israel Hospital, Boston, Massachusetts; Clinical Fellow in Medicine (Geriatric Medicine), 1984 – 1985

q.    University of Southern California, Los Angeles, California; Senior Research Associate, Gerontology Research Institute, Ethel Percy Andrus Gerontology Center, 1985 – 1989.

r.    University of Southern California, Los Angeles, California; Fellow Institute of Advance Study, Ethel Percy Andrus Gerontology Center, 1985 – 1987.

s.    University of Southern California University Hospital, Los Angeles, California; Chief of Geriatric Medicine, 1991- 2005

t.    University of Southern California – School of Dentistry – Associate Professor of Medical Dentistry and Public Health, 1994 – September 2006.

u.  University of Southern California – School of Independent Health Professionals – Associate Professor of Occupational Science and Occupational Therapy, 1998- September 2006.

v.  University of Alaska, Anchorage – Adjunct Associate Professor of Human Biology, 2001 – September 2006.

w.  University of Alaska Southeast, Sitka – Adjunct Associate Professor of Human Studies, 2001 - 2006.

x.  University of Alaska, Anchorage, Affiliate Professor, College of Health and Social Welfare, 2006 – Present.

y.  University of Alaska Anchorage, Affiliate Professor, Biomedical WWAMI Program, College of Arts and Sciences, 2006 – Present.

z.  University of Alaska, Anchorage, Faculty Consultant in Geriatrics, Alaska Family Medical Residency, September 2006 – Present.

aa.  University of Southern California, Keck School of Medicine, Professor Emeritus of Medicine, September 2006 – Present.

bb.  School of Community and Global Health, Claremont Graduate University.
Adjunct Professor, 1/1/11 to Present.

2A.  Teaching Responsibilities (University of Southern California)

a.  Attending Staff Physician LAC/USC Medical Center on the General Medical Service – teaching and supervising patient care, both inpatient and outpatient to house staff and students 1985 – 2004.

b.  Attending Staff Physician at USC University Hospital in Geriatric Medicine for Medical House Staff and students. 1991 – 2005.

c.  In charge of the Fellowship Program – Geriatric Medicine. 1985 – 2004.

d.  Development and improvement of Geriatric Medical Curriculum in the Medical School – University of Southern California. 1985 – 2004

e.  Development of Geriatric Medical Core Curriculum for the Medical House Staff – LAC/USC Medical Center, 1985 – 2004

6

f.   Member of Steering Committee, Key Faculty and Study Site Coordinator – Pacific Geriatric Education Center at the University of Southern California (DHHS), 1984 – 1993.

g.   Attending Physician Year III Medicine Rotation, 1992.

h.   Director and lecturer in various courses at the Ethel Percy Andrus Gerontology Center including Gerontology 599 – Geriatric Health Issues.

i.   Director – Geriatrics Update – A Board Review Course.

j.   Director – History of Medicine in the Health Sciences Program, 1994 – 2001.

2B.   Teaching Responsibilities (University of Alaska)

a.   Director – Care of the Elderly Conference, University of Alaska, Southeast – Sitka, 1994 – Present

b.   Instructor – Promoting Best Practices in Aging, University of Alaska, Anchorage, 2006 – Present

c.   Co-Director – University of Washington Medical School 596 – Human Biology – Course for Alaskan Students – Multi-Disciplinary and Ethnicity in Gerontology and Geriatrics. (University of Alaska, Anchorage - Spring and Fall, 2009 and then yearly).

d.   Co-Director in Geriatric Education to Alaskan Medical Students in the University of Washington Medical School WW AMI Program, University of Alaska, Anchorage, 2006 – Present

e.   Faculty consultant in Geriatrics to Residents of the Alaska Family Medicine Residency Program. 2006 – Present.

2C.   Teaching Responsibilities (University of Wyoming)

a.   Consultant in Geriatric Medicine and Lecturer – University of Wyoming WWAMI Medical School Program.

b.   Lecturer in Geriatrics to Residents of the University of Wyoming Family Practice Residency Program.

2D             Teaching Responsibilities (School of Community and Global Health), Claremont Graduate University.

    a.      Consultant to Claremont Graduate University faculty and students in areas of gerontology and geriatrics including didactic lectures, presentations for both research and general knowledge.

    b.      Directory of Course(s) in Gerontology and Geriatrics.

3.      Administrative Responsibilities

    a.  Chief of the Division of Geriatric Medicine, Department of Medicine, University of Southern California School of Medicine. In charge of staff and fellow recruitment and training; divisional budget; grant procurement; program development and supervision of research and clinical activity. 1984 – 2005.

    b.  Study Site Coordinator and Key Faculty of the Pacific Geriatric Education Center, University of Southern California School of Medicine, 1984 – 1993.

    c.  Senior Staff Physician in charge of Geriatric Programs at Los Angeles County/University of Southern California Medical Center, 1985 – 2004.

    d.  Chief of Geriatric Medicine at the USC University Hospital, 1991 – 2004.

    e.  Faculty liaison between Geriatric Medicine and University affiliated hospitals and long term care facilities. Director of Geriatric Medicine Private Practice Plan. 1984 – 2004

    f.  Director of the USC Ambulatory Health Center sites at the Japanese Retirement Homes and Angelus Plaza, 1985 – 1993.

    g.  Director of the Division of Geriatric Medicine's Program at the V.A. Outpatient Clinic in downtown Los Angeles, 1986 – 2001.

    h.  Director of the USC Teaching Nursing Home Program at Hollenbeck Home and Atherton Baptist Home, 1999 – 2005.

    i.  Director of the Senior Cancer Center at Norris Comprehensive Cancer Center and Hospital, 1999 – 2001.

    j.  Director of the Senior Care Program – USC Care and USC Physicians. 1998 – 2002.

k.  Co-Director – Adult Protective Team – Geriatric Medicine Program – LAC/USC Medical Center, 2000 – 2004.

l.  Director – Care of the Elderly Conference, University of Alaska Southeast, Sitka, 1994 – Present.

m.  Co-Director – Geriatric Education for Alaskan Medical Students in the WWAMI Program, University of Alaska, Anchorage. 2006 – Present.

n.  Medical Director – Alaska Geriatric Education Center, University of Alaska, Anchorage. 2005 – 2010.

o.  Medical Director – National Resource Center for Studies in Native American, Alaskan, and Hawaiian Elders, University of Alaska, Anchorage, 2006 – Present.

p.  Director – Courses in gerontology and geriatrics, School of Community and Global Health, Claremont Graduate University. Present

4.  Service

A.  University Service (University of Southern California)

a.  Medical Executive Committee, Department of Medicine, USC 1985 – 2003.

b.  Utilization Management Committee, USC University Hospital, 1991 – 1999, 2003 – Present, Chairman of this Committee, 1994 – 1999.

c.  Pharmacy and Therapeutics Committee, LAC/USC Medical Center, 2001 – 2004.

d.  Pharmacy and Therapeutics Committee, USC University Hospital, 1991 – 2005, Chairman, 1996 – 2000.

e.  Patient Care Evaluation Committee, USC University Hospital, 1994 – 1999.

f.  Lecturer in School of Pharmacy, University of Southern California, 1985 -2004.

9

g.  Continuing Medical Post-Graduate Education Lectures at outlying hospitals, 1979 – 2004.

h.  Core Curriculum Committee for the New Medical School Curriculum, USC School of Medicine, 1998 – 2002

i.  County Operations Committee, Department of Medicine, LAC/USC Medical Center, 1997 – 2000

j.  Development Committee, Department of Medicine, LAC/USC Medical Center, 1997 – 2000.

k.  Senior Health Care Program, USC Care, (chair/member), USC 1998 – 2002.

l.  Executive Committee, USC Norris Comprehensive Cancer Center and Hospital – Senior Cancer Care Center, 1998 – 2001.

m.  Co-Director – Adult Protective Team – Geriatric Medicine Program – LAC/USC Medical Center, 2000 – 2004.

B.  Public Service

a.  Consultant in Geriatric Medicine and Long Term Care, State of Alaska, Departments of Administration Law, Health and Social Services, 1991 - 2004

b.  Consultant in Gerontology and Geriatric Medicine, University of Alaska, both at the Anchorage and Sitka campuses, 1994 – present.

c.  Board of Directors, California Association of Medical Directors, 1992-1999.

d.  Citizen's Financial Oversight Committee – California Stem Cell Research & Cures Act, 2007 – Present.

e.  Board of Directors, USC Friends of Music, 1989 – 1997.

f.  Task Force on Elder Abuse, City of Los Angeles, 2001 – 2004.

g.  California Rare Fruit Growers, 1988 – Present.

h.  Pennsylvania Horticulture Society, 1992 – 2007.

i.  Affenpinscher Club of America, 2002 – Present.

j.  Kennel Club of Pasadena, 2004 – 2007.

k.  Board of Directors, Musica Angelica
2006 – 2010.

5.  Military Service

1971 – 1973   Active duty as Surgeon – U.S.P.H.S. serving as Research Associate (Protein Chemistry) in the Laboratory of Chemical Biology with Dr. Robert Goldberger and Dr. Christian Anfinsen, NIAMDD, NIH: Inactive Reserve U.S.P.H.S. 1969 – 1971, 1973 – 1979.

6.  Other Activities

a.  Editor for ENDOCRINOLOGY for Diabetes and Intermediary Metabolism, 1985 – 1986.

b.  Member of the Committee of Interdisciplinary Geriatric Education, Association for Gerontology in Higher Education, 2002 – 2006.

c.  Reviewer for:     AMERICAN JOURNAL OF PHYSIOLOGY
ANNALS OF INTERNAL MEDICINE
ARCHIVES OF INTERNAL MEDICINE
BIOCHEMICAL MEDICINE
DIABETES
ENDOCRINILOGY
EXPERIMENTAL GERONTOLOGY
JOURNAL OF CLINICAL ENDOCRINOLOGY
AND METABOLISM
JOURNAL OF GERONTOLOGY
HORMONE AND METABOLISM RESEARCH
JOURNAL OF THE AMERICAN GERIATRICS
SOCIETY
DRUGS AND AGING
NEW ENGLAND JOURNAL OF MEDICINE

**D.     Society Memberships**

1.     Local

Cross Town Endocrine Club
Professional Staff Association of LAC/USC Medical Center
Center Fellow of the UCLA/USC Long Term Care Gerontology Center
Far Eastern Study Center USC/UCLA
California Association of Medical Directors

11

2.      Regional

Western Society for Clinical Investigation
Western Section of the American Federation for Clinical Research

3.      National

Sigma Xi, Phi Beta Kappa, Phi Lambda Upsilon
The Johns Hopkins Medical and Surgical Society
The Johns Hopkins History of Medicine Club
The Associates of the Countway Library
The American Association for the History of Medicine
American Federation for Clinical Research
American Diabetes Association
The Endocrine Society
American Physiological Society
The Gerontological Society of America
The American Geriatric Society
The American Federation for Aging Research
American Gerontological Association
American Association of Medical Directors

**E.     Consultantships and Directorships**

1.      Consultant in Geriatric Medicine and Supervisor of the Geriatric Program at the Veterans Administration Outpatient Clinic in downtown Los Angeles, 1986 – 2001.

2.      Executive Director of the USC Ambulatory Health Center at Angelus Plaza, 1989 – 1993.

3.      Board of Directors, California Association of Medical Directors, 1992 – 1999.

4.      Board of Director, USC friends of Music, 1989 – 1997.

5.      Consultant in Geriatric Medicine and Long Term Care – State of Alaska 1991 – 2004:

    a.      Department of Administration
    b.      Department of Health and Social Services
    c.      Department of Law
    d.      Mental Health Board

6.      Appointments in Geriatrics – University of Alaska:

12

a.   Sitka

    I.    Adjunct Associate Professor of Human Studies, 2003-2006.

    II.    Course Director – Care of the Elderly Conference, 1994 Present

b.   Anchorage

    I.    Affiliate Professor, College of Arts and Sciences, Biomedical WWAMI Program, 2006 - Present

    II.    Consultant, Co-Founder and Medical Director – Alaska Geriatric Institute through the Alaska Geriatric Education Center, 2003 – Present.

    III.    Consultant - Institute of Circumpolar Health

    IV.    Consultant and Medical Director – National Resource Center for American Indians, Alaska Natives and Native Hawaiian Elders, 2005 – Present.

    V.    Faculty Consultant in Geriatrics, Alaska Family Residency Program, 2005 - Present

    VI.    Affiliate Professor, College of Health and Social Welfare.

7.   Consultant, British Columbia Health Foundation, 1994 – 1999.

8.   Consultant in Geriatric Medicine and Long Term Care, Silverado Senior Living Centers, San Juan Capistrano, CA 2001 – 2002.

9.   Consultant in Geriatric Medicine and Supervisor of the Geriatric Medicine Medical House Staff Training Program, Kern Medical Center, Bakersfield, CA 1986 – 2003.

10.   Consultant in Geriatric Medicine and Supervisor of the Geriatric Family Medicine House Staff Training Program, Glendale Adventist Medical Center, Glendale, CA 1998 – 2001

11.   Consultant in Geriatric Program Development – Bay Shores Medical Group, Torrance, CA., 1986 – 1989.

12.   Consultant in Geriatric Program Development – San Dimas Community, Hospital, 1986 – 1989.

13.   Consultant in Geriatric Program Development and Long Term Care - Keiro Services – The Japanese – American Retirement Homes, Los Angeles, CA., 1986 – 1993.

13

14.     Consultant in Geriatric Program Development and Long Term Care – The Motion Picture and Television Home, Woodland Hills, CA 1986 – 1990.

15.     Consultant in Long Term Care and Geriatric Medicine, State of California, Department of Social Services, 2000.

16.     Consultant in Elder Abuse, Geriatric Medicine and Long Term Care, State of California, Department of Justice, Office of the Attorney General, Bureau of Medical Fraud and Elder Abuse, 2000 – Present.

17.     Consultant in Long Term Care, Elder Abuse and Geriatric Medicine – State of California, Department of Justice, Office of the Attorney General, Bureau of Medical Fraud and Elder Abuse – Operation Guardians (nursing homes - unannounced inspections) 2000 – 2009.

18.     Consultant in Long Term Care, Geriatric Medicine and Elder Abuse – State of New Mexico, Department of Justice, Office of the Attorney General, Medicaid Fraud and Elder Abuse Unit, 2003 – Present.

19.     Consultant in Long Term Care, Geriatric Medicine and Elder Abuse, United States of America, Department of Justice, Civil Rights Division, 2006 – Present.

20.     Consultant in Long Term Care, Geriatric Medicine and Elder Abuse, United States of America, Department of Health and Human Services, Office of the Inspector General, 2006 – Present.

## F.     Research Activities

1.     Research Interests

    a.  Use of medications in the senior populations.
    b.  Health care modes for the demented elderly.
    c.  Studies in the elderly diabetic patient.
    d.  Studies in the elderly hypertensive patient.
    e.  Studies in sexual dysfunction in the elderly.
    f.  Studies in elder abuse.
    g.  Longevity issues in Native U.S. populations.

2.     Research in Progress: Investigations in man

    a.     Studies of adverse drug effects in the aging population with special emphasis on the most commonly prescribe medication and psychotropic agents.
    b.     Studies on care of frail and demented seniors in Alaska.
    c.     Studies on the prevention and early detection of elder abuse.

    d.    Studies on decreased longevity in Native U.S. populations.

**G.    Long Term Care Experience**

   1.    Director of the two USC Teaching-Nursing Home Programs, 1999 - 2005

       a.    Hollenbeck Home – Los Angeles
       b.    Atherton Baptist Home – Alhambra

   2.    Member and Member Board of Director, California Association of Medical Directors, 1992 – 1999.

   3.    Consultant – State of Alaska, Department of Administration, Division of Longevity Services (Aging Programs and State of Alaska Long Term Care Facilities – the Pioneers' Homes). 1991 – 2004.

   4.    Affiliate Professor, College of Health and Social Welfare and College of Arts and Sciences, University of Alaska, Anchorage.   Areas of involvement – Alaska Geriatric Education Center, Geriatric Assessment, Pre-med and Medical Education, Long Term Care, 2006 to Present.

   5.    Consultant – University of Alaska, Sitka. Areas of involvement – Care of Elderly Conference – Director, 1994 - Present

   6.    Consultant in Long Term Care, Elder Abuse and Geriatric Medicine – State of Alaska, Department of Law, 2000 - 2003

   7.    Consultant in Long Term Care and Geriatric Medicine – State of California, Department of Social Services. 2000.

   8.    Consultant in Long Term Care, Geriatric Medicine and Elder Abuse – State of California, Department of Justice, Office of the Attorney General, Bureau of Medical Fraud and Elder Abuse, 2000 – Present.

   9.    Consultant in Long Term Care – State of California, Department of Justice, Office of the Attorney General, Bureau of Medical Fraud and Elder Abuse – Operation Guardians (nursing home- unannounced inspections), 2000 – 2009.

  10.    Consultant in Long Term Care, Geriatric Medicine and Elder Abuse – State of New Mexico, Department of Justice, Office of the Attorney General, Medicaid Fraud and Elder Abuse Unit, 2003 – Present.

  11.    Consultant in Long Term Care, Geriatric Medicine and Elder Abuse, United States of America, Department of Justice, Civil Rights Division, 2006 – Present.

12. Primary care provider for Geriatric Medicine for Long Term Care Patients – Hollenbeck Home, Los Angeles, California, 1998 – 2004.

13. LAC/USC Medical Center Clinic – Adult Protective Team – Geriatric Medicine – Clinic Co-director, 2000 – 2004.

14. Member of the American Association of Medical Directors, 2005 - 2008.

15. USC – Angelus Plaza – Senior Clinic – Founding Director and care provider (1989 – 1992). (The largest low-income senior housing project in the Western United States).

16. Consultant in Geriatric Medicine and Long Term Care – Silverado Senior Living Centers, San Juan Capistrano, 2001 – 2002.

17. Consultant in Geriatric Program Development and Long Term Care – Keiro Services – The Japanese American Retirement Homes, Los Angeles, 1986 – 1994.

18. Consultant in Geriatric Program Development and Long Term Care – The Motion Picture and Television Home, Woodland Hills, CA, 1986 – 1990

## H. Significant Invited Lectures (Since July 1984 – selected from over 3,500 lectures given)

1. Harbor General Hospital – U.C.L.A. Medical Center, 7/84.
   Medical Grand Rounds – new concepts in the treatment of Type II Diabetes.

2. Harbor General Hospital – U.C.L.A. Medical Center, 7/84.
   Endocrine Grand Rounds – The newer oral agents.

3. Martin Luther King General Hospital, Los Angeles, CA, 7/84
   Medical Grand Rounds – The approach to the patient with NIDDM.

4. Nisei Awareness Day, Little Tokyo, Los Angeles, CA, 7/84
   Health issues for the elderly. Keynote speech.

5. The Cleveland Clinic, 9/84. Symposium on Diabetes Mellitus –
   The Treatment of the Patient with NIDDM.

6. American Academy of Family Practice, Kansas City, MO, 10/84
   National Meeting, Invited Speaker:
       a. Nutrition in the elderly
       b. New concepts in the therapy of the Type II diabetic patient.

7.  Associates of the Countway Library, Harvard Medical School, 11/84. Biannual History of Medicine lecture – "The Black Death Comes to America."

8.  Washington University of St. Louis and St. Louis V.A. Hospital, 11/84. Symposium on Diabetes Mellitus – The treatment of hypertension in the patient with Diabetes Mellitus.

9.  The Jackson Laboratory, Bar Harbor, Maine, 12/84. Visiting Scientist – Insulin secretion in aging.

10. Gordon Research Conference, Oxnard, CA, 2/85. The biology of aging – Invited Speaker – Cyclic AMP and insulin secretion in aging.

11. Thorndike Rounds, Beth Israel Hospital, Boston, MA 3/85. The approach to the treatment of diabetes mellitus in the elderly individual.

12. Division on Aging, Harvard Medical School, 3/85. Grand Rounds – Hyperosmolar coma – a complication of diabetes mellitus in the Elderly.

13. The University of New Brunswick, Saint John, N.B., 3/85. Visiting professor of Biology, Lecture topics:

    a.  The role of calmodulin in insulin secretion.
    b.  The exciting new approaches to the treatment of diabetes mellitus.

14. Beth Israel Hospital, Boston, MA, 3/85 Endocrine Grand Rounds – Sex and the diabetic.

15. The Johns Hopkins University Scholl of Medicine, Baltimore, MD, 3/85. Visiting Professor of the History of Medicine. Lecture topic – "Black Death Come to America."

16. Brigham-Women's Hospital, Boston, MA, 3/85 Endocrine Grand Rounds – Insulin secretion in aging.

17. Yale University School of Medicine, New Haven, CT, 4/85 Endocrine Research Conference – Insulin secretion in aging. Hypertension Grand Rounds – Special problems of hypertension in the diabetic patient.

18. University of Florida, Gainesville, FL 4/85

Geriatric Medicine Grand Rounds – The older diabetic patient.

19. University of California at Los Angeles School of Medicine, 4/85. Family Medicine Grand Rounds – Treatment of diabetes mellitus in the elderly.

20. Stanford University of Medicine – V.A. Hospital, Menlo Park, CA, 5/85, Clinical Conference – Sexual dysfunction in the elderly.

21. University of Pittsburgh School of Medicine, Pittsburgh, PA, 6/85. Symposium on Diabetes Mellitus – The older diabetic patient.

22. University of Hawaii School of Medicine, Honolulu, HI, 8/85 Medical Grand Rounds – Diabetes in the elderly.

23. Department of Public Health and Social Welfare, Guam, 8/85 Special Lecture – Wellness and pathology in the elderly.

24. American Academy of Family Practice, Anaheim, CA. 10/85. National Meeting – Invited Speaker – Diabetes in the elderly.

25. University of California at San Francisco – Valley Medical Center, Fresno, CA, 11/85. Endocrine symposium – Sexual Dysfunction in the elderly.

26. Mayor's Conference on Aging, Los Angeles, CA, 3/86. Treatment of chronic diseases in the elderly.

27. V.A. Hospital, Martinez, CA and U.C. Davis School of Medicine, 4/86. Medical Grand Rounds – Treatment of hypertension in diabetic patients.

28. Pasadena Council on Alcoholism, Pasadena, CA, 4/86. Symposium on the Older Alcoholic Patient. Pathology and normalcy in aging.

29. Brown University Medical School, Providence, RI 4/86. Medical Grand Rounds – Hypertension in the elderly.

30. Medical Board Drug Review, Sacramento, CA, 5/86. Invited Speaker – The new oral agents.

31. Conference – Scientific Basis of Sexual Dysfunction – Sponsored by NIH and the National Kidney Foundation, Baltimore, MD, 6/86.

32. F.D.A. Symposium of Bioequivalence of Solid Preparations, Washington, D.C., 10/86. Invited Speaker – Oral sulfonylurea agents.

33.   University of Nevada, Reno, NV, 2/87. Visiting Professor of Medicine, Lecture topic – Sex after 60.

34.   University of Guam, Guam, USA, 4/87.  Symposium on Care of the Elderly – Symposium Leader.

35.   National Council on Hypertension, Biannual Meeting, Las Vegas, NV, 4/87. Invited Speaker – Antihypertensive medications and sexual dysfunction.

36.   American Hospital Pharmacists Association, Washington, D.C. 5/87. Invited Speaker – Aging in America – Wellness vs. Disease.

37.   University of California, Davis – School of Medicine, 6/87. Course on Medicine, Invited Speaker – Hypertension in the elderly.

38.   University of Nevada, Las Vegas, Nevada, 10/87. Visiting Professor of Medicine, Lecture Topics: Geriatric Medicine Today, Geriatric Course Planning.

39.   California Pharmacy Association, San Francisco, CA, 11/87. Invited Speaker – Endocrinology of aging.

40.   Evanston Hospital, Northwestern University School of Medicine, Evanston, IL, 11/87. Visiting Professor of Medicine, Topic – Sex after 60.

41.   Conference on Pathogenesis and Treatment of Pressure Sores. Kansas City, MO, 1/88. Invited Speaker.

42.   Conference on "What Pharmaceuticals are Needed for the Elderly?" Phoenix, AZ, 2/88. Invited Speaker.

43.   Conference on "Post Retirement Health Care Funding" sponsored by I.R.I., New York, NY, 3/88. Invited Speaker – The geriatric imperative.

44.   Board Review Course: Geriatrics Update, 1988, U.S.C. School of Medicine, Pasadena, CA, 3/88. Two and one-half day symposium on geriatrics. Director, Moderator and Presenter for the course.

45.   Symposium on Geriatric Medicine – Motion Picture and Television Retirement Home And Hospital, Woodland Hills, CA, 4/88. Moderator and Presenter.

46.   American Geriatric Society National Meeting, Symposium and Physician – Patient Communication, Anaheim, CA, 5/88. Co-moderator and presenter.

47.   Symposium on Geriatric Medicine, San Dimas Community Hospital, San Dimas, CA, 9/88, Moderator and Presenter.

48.   American Society for Enteral and Parental Nutrition Conferences: Ethics and Nutrition, New York, NY, 10/88

49.   Symposium on Nutrition in the Elderly, California Medical Center, Los Angeles, CA, 12/88. Moderator and Presenter, Topic – Nutrition in the Elderly.

50.   California Academy of Family Medicine, Annual Meeting, San Francisco, CA 2/89. Invited Keynote Speaker, Topic – Dementia.

51.   Kansas University Medical Center, Family Medicine Grand Rounds, Kansas City, KS, 5/89. Visiting Professor, Topic – Drugs in the elderly.

52.   California Association for Homes for the Aged, Annual Meeting. Symposium on Drugs In the Elderly, San Diego, CA, 5/89. Invited Speaker, Topic – Medical Aspects of Drugs in the Elderly.

53.   Symposium on Geriatric Care, Motion Picture and Television Home, Woodland Hills, CA, 6/89. Moderator and Presenter, Topic – Tests and exams periodically needed for Senior health

54.   Symposium of Diseases Affecting Extended Care Management of the Elderly, California Federation on Aging, Newport Beach, CA, 6/89. Moderator.

55.   Symposium of Diabetes in the Elderly, USC School of Medicine, Los Angeles, CA, 8/89. Moderator.

56.   V.A. Medical Center, Phoenix, AZ, 9/89. Medical Grand Rounds, drugs in the Elderly.

57.   Geriatric Medicine Symposium, Hawaii Medical Association, 9/89, Invited Speaker, Topic – Hypertension in the Elderly.

58.   University Medical Center of Kansas City, Kansas City, MO, 9/89. Medical Grand Rounds – Sex after 60.

59.   National Conference of Consulting Actuaries, Hot Springs, VA, 9/89. Invited Speaker.

60.   California Pharmacists Association, Los Angeles, CA, 10/89. Endocrinology in the Elderly. Program Director.

20

61.   Family Medicine Program, Santa Rosa, CA, 11/89. Visiting Professor of Geriatric Medicine.

62.   Symposium on Geriatric Medicine. Tacoma General Hospital, Tacoma, WA, 1/90. Course Director and Speaker.

63.   Symposium on Geriatric Medicine, Antelope Valley Medical Center, Lancaster, CA, 2/90. Course Director and Speaker.

64.   University of Nevada School of Medicine, Reno, NV, 3/90. Visiting Professor of Geriatric Medicine.

65.   USC Geriatric Review Course, USC School of Medicine, Los Angeles, CA, 3/90. Two and one-half day intensive course in geriatric medicine. Course Director and Speaker.

66.   Eisenhower Hospital, Rancho Mirage, CA, 3/90. Medical Grand Rounds – Drugs in the Elderly.

67.   American Geriatric Society Annual Meeting, Atlanta, GA, 5/90. Symposium on Syndrome X: The correlation of diabetes and hypertension.

68.   American Diabetes Association Symposium, Santa Barbara, CA, 6/90. Diabetes in The Mexican American Population. Invited Speaker.

69.   Loma Linda University School of Medicine, Loma Linda, CA, 7/90. Grand Rounds, Drugs in the Elderly.

70.   American Heart Association/ American Diabetes Association Symposium, Santa Barbara, CA, 9/90. Treatment of the hypertensive diabetic patient. Keynote Speaker.

71.   Baylor College of Medicine, Houston, TX, 10/90. Symposium on the Complicated Diabetic. Invited Speaker.

72.   City of Hope, Duarte, CA, 1/91. Medical Grand Rounds, Diabetes in the Elderly.

73.   Providence Hospital, Anchorage, AK, 2/91. Medical Grand Rounds, Sex after 60.

74.   Symposium on Geriatric Medicine, Antelope Valley Medical Center, Lancaster, CA, 3/91. Course Director and Speaker.

75. U.C.S.F. – Valley Medical Center, Fresno, CA, 3/91. Medical Grand Rounds, Sex after 60.

76. U.C.D. – Sacramento, CA, 4/91. Medical Grand Rounds, Sex after 60.

77. Chicago Medical College, Chicago, IL, 5/91. Medical Grand Rounds, Drugs in the Elderly.

78. Symposium of Geriatric Medicine, Antelope Valley Medical Center, Lancaster, CA, 2/92. Course Director and Speaker.

79. Department of Administration, State of Alaska, 4/92. Invited Speaker, Assisted living in long term care.

80. International Institute for Research Symposium: Utilities and FAS 106, Washington, D.C., 7/92. Keynote Speaker, Drugs in the retired population.

81. Alaska Geriatric Institute, Anchorage, AK, 2/93, Keynote Speaker.

82. University of Oklahoma, Tulsa, OK, 3/93. Family Medicine Grand Rounds, Drugs in the elderly.

83. Symposium on Geriatric Medicine, Antelope Valley Medical Center, Lancaster, CA, 3/93. Course Director and Speaker.

84. Department of Administration, State of Alaska, 4/93. Invited Speaker, Medications in the nursing home population.

85. Dallas Business Group on Health, 5/93. Invited Speaker, Medications in the Elderly.

86. Symposium on Retirement Healthcare Benefits, Chicago, IL, 9/93. Invited Speaker, Medications in the elderly.

87. University of Hawaii, Division of Geriatric Medicine, Honolulu, HI, 10/9/93. Visiting Professor of Geriatric Medicine, Diabetes in the elderly, Use of drugs in the elderly.

88. Providence Hospital, Anchorage, Alaska. Medical Grand Rounds, 2/94. Dementia.

89. Nevada Academy of Family Medicine, Annual Meeting. Lake Tahoe, Nevada, 2/94. Keynote Speaker – Sex after 60.

90. University of Colorado Affiliated Hospital. Medical Grand Rounds, 3/94. Drugs in the Elderly.

91. University of Kentucky Affiliated Hospital. Geriatric Medical Grand Rounds, Lexington, Kentucky, 4/94. Dementia.

92. Alaska Psychiatric Institute – API 2000 Meeting, Anchorage, Alaska, 6/94. Plans for the Future – Consultant and Facilitator.

93. USC School of Medicine, Los Angeles, California – Medical Grand Rounds, 9/94. Drugs in the elderly.

94. Alaska State Mental Health Board – Quarterly Meeting, Dilingham, Alaska, 9/94. Invited Speaker, The Alaska Geriatric Institute.

95. Alzheimer's Society of Northern California, Sacramento, CA, 10/94. Speaker, Research in dementia.

96. Alaska Geriatric Institute, Anchorage, Alaska, 2/95. Organizer and Keynote Speaker. The largest health care symposium in the history of the state of Alaska.

97. V.A. Medical Center Westwood and UCLA – Medical Grand Rounds, 2/95.

98. Symposium on Geriatric Medicine, Antelope Valley Medical Center, Lancaster, CA, 3/95. Course Director and Speaker.

99. Nevada Academy of Family Medicine, Annual Meeting, Lake Tahoe, Nevada, 3/95. Keynote Speaker – Dementia

100. Idaho Academy of Family Medicine, Annual Meeting, Sun Valley, Idaho, 5/95. Keynote Speaker – Dementia: Sex after 60.

101. Martin Luther King, Jr. Medical Center, Los Angeles, CA, 6/95. Medical Grand Rounds – Dementia.

102. Martin Luther King, Jr. Medical Center, Los Angeles, CA, 8/95. Medical Grand Rounds – Sex after 60.

103. University of Alaska, Southeast – Sitka Geriatric Symposium, Sitka, Alaska, 9/95. Organizer, Keynote Speaker.

104. V.A. Outpatient Clinic, Las Vegas, NV, 10/95. Medical Grand Rounds, Dementia.

105. V.A. Outpatient Clinic, Los Angeles, CA, 11/95. Grand Rounds – Dementia.

106.   V.A. Outpatient Clinic Los Angeles, CA, 12/95.  Grand Rounds – Sleep disorder in the elderly.

107.   State of Alaska, Division of Senior Services, 2/96. Lectures and site visits to six State of Alaska nursing homes.

108.   Symposium on Geriatric Medicine, Antelope Valley Medical Center, Lancaster, CA, 3/96. Course Director and Speaker.

109.   Family Medicine Training Program, Spokane, Washington, 3/96. Lecture – Dementia.

110.   Family Medicine Training Program, Central Montana, 4/96. Lecture – Drugs in the Elderly.

111.   University of Utah Affiliated Programs, Salt Lake City, 4/96. Lecture – Depression in the Elderly.

112.   State of Alaska, Department of Administration, Division of Senior Services, Course Coordinator for visits of 16 Alaskan State officials to USC School of Medicine, Andrus Gerontology Center and affiliated local Southern California Geriatric Programs. Duration – one month, early May to early June, 1996, Los Angeles, CA.

113.   State of Alaska, Division of Senior Services, Department of Administration. Site visit to Administrative offices for review of Geriatric Programs. Juneau, Alaska, 6/96. Outside Consultant and Lecturer.

114.   University of Alaska, Southeast Sitka. Care of the Elderly Symposium, Sitka, Alaska, 9/96. Course Director and Lecturer.

115.   Boise Health Consortium – Medical Grand Rounds, Boise, Idaho, 11/96. Sex after 60.

116.   Symposium on Long Term Care for Providers, Milwaukee, Wisconsin, 2/97. Keynote Speaker – Drugs in the elderly.

117.   Symposium on Geriatric Medicine, Antelope Valley Medical Center, Lancaster, CA, 3/97. Course Director and Speaker.

118.   Osteopathic Medical College, Des Moines, Iowa, 4/97. Symposium on diabetes Mellitus, Keynote Speaker – Diabetes in the Elderly.

119.    University of Southern Illinois Medical School, Champaign, Urbana, Illinois, 4/97, Medical House Staff Lectures. Topics – Diabetes in the Elderly, Drugs in the Elderly.

120.    Allegheny Medical School, Philadelphia, PA, 5/97. Keynote Speaker – Symposium on Diabetes and Lipids in the Elderly.

121.    State Senior Care Program, Oklahoma City, Oklahoma, 7/97, Keynote Speaker – State of Oklahoma Senior Care Program.

122.    Eastern Carolina University Medical School, Greensboro, North Carolina, 8/97. Medical Grand Rounds.

123.    University of Alaska, Southeast Sitka. Care of the Elderly Symposium, Sitka, Alaska, 9/97, Course Director and Lecturer.

124.    University of Colorado, Denver, CO, 10/97. University of Colorado Affiliated Programs, Several States, Medical Grand Rounds.

125.    Arizona Chapter of the American Gerontologic Society, Phoenix, AZ, 11/97. Sex After 60.

126.    Symposium of Geriatric Medicine, Antelope Valley Medical Center, Lancaster, CA, 3/98. Course Director and Speaker.

127.    Medical University of South Carolina, Charleston, South Carolina, 4/98. Family Medicine Grand Rounds, Sex After 60.

128.    University of Colorado, Denver, CO, 4/98, University of Colorado Affiliated Programs, Several Sites, Medical Grand Rounds.

129.    Eisenhower Medical Center, Rancho Mirage, CA, 4/98. Medical Grand Rounds, Drugs in the Elderly.

130.    University of Alaska and U.S.C., Sitka, Alaska, 9/98. Care of the Elderly Symposium, Course Director and Speaker.

131.    University of South Carolina School of Medicine, Charleston, South Carolina, 10/98. Family Medicine Grand Rounds, Sex After 60.

132.    V.A. Outpatient Clinic, Los Angeles, CA, 10/98. Memorial Lecture Series, Medications in the Elderly.

133.    V.A. Outpatient Clinic, Los Angeles, CA, 10/98, Memorial Lecture Series Alzheimer's disease.

134.   Visiting Professor of Geriatric Medicine, Alaska Geriatric Institute, Anchorage, Alaska, April, 1/99. Multiple Lectures.

135.   Visiting Professor of Geriatric Medicine, University of New Mexico School of Medicine, Albuquerque, New Mexico, 6/99, Alzheimer's disease.

136.   University of Alaska, Sitka, Alaska, 9/17/99-9/19/99. Care of the Elderly Conference, Course Director and Lecturer.

137.   Visiting Professor of Geriatric Medicine, University of Arizona Affiliated Hospitals of Tucson and Phoenix, AZ, 10/20/99-10/23/99.

138.   Symposium of the Gerontological Society of America, San Francisco, CA, 11/21/99. Interdisciplinary Approaches to Teaching Geriatrics, Invited Speaker.

139.   State of Alaska, Anchorage, Alaska, 2/20/00-2/23/00. Task Force for the Assessment of Assisted Living in the Pioneers' Homes, Leader and Spokesperson.

140.   Visiting Professor of Geriatric Medicine, University of Colorado School of Medicine Affiliated Hospitals, Denver, Colorado, 3/7/00-3/8/00.

141.   Visiting Professor of Geriatric Medicine, Affiliated Internal Medicine Programs, El Paso, Texas, 4/26/00-4/27/00.

142.   Newport Beach, California, 5/5/00. Annual Meeting of the California Association of Medical Directors, Invited Speaker.

143.   Antelope Valley Hospital, Lancaster, California. Medical Grand Rounds, 11/17/99. Treatment of Arthritic Pain in the Elderly.

144.   Kern County Medical Center, Bakersfield, California. Medical Grand Rounds, 1/7/00. Hazards of Drug Therapies in the Elderly.

145.   Hoag Hospital, Newport Beach, California. Medical Grand Rounds, 3/10/00. Sex After 60.

146.   Visiting Professor of Geriatric Medicine, Affiliated Internal Medicine Programs, El Paso, Texas. 4/26/00-4/27/00

147.   Arrowhead Medical Center, San Bernardino County Hospital, Colton, California, 5/17/00. Medications in the Elderly.

148. "Annual Meeting of the California Association of Medical Directors," Invited Speaker, Newport Beach, California. 5/5/00.

149. Riverside General Hospital, Merino Valley, California, 6/16/06. Medical Grand Rounds, Medications in the Elderly.

150. The Elderly Diabetic. Care of the Elderly Conference, University of Alaska, Sitka, Alaska, 9/21/00.

151. Treatment of Arthritic Pain. Care of the Elderly Conference, University of Alaska, Sitka, Alaska, 9/21/00.

152. Depression in the Elderly. Care of the Elderly Conference, University of Alaska, Sitka, Alaska, 9/21/00.

153. Treatment of Hypertension in the Elderly.   Care of the Elderly Conference, University of Alaska, Sitka, Alaska, 9/21/00.

154. Medications in the Elderly. Continuous Quality Improvement (CQI) in the State-Assisted Living Facilities, Department of Administration, State of Alaska, Anchorage, Alaska, 11/13/00.

155. Falls in the Elderly. Continuous Quality Improvement (CQI) in the State-Assisted Living Facilities, Department of Administration, State of Alaska, Anchorage, Alaska, 11/13/00.

156. Dementia. Memorial Lecture Series, Outpatient Department, Veterans Administration, Los Angeles, California, 1/2/01.

157. Geropsychiatric Assessment of the Elderly. Bureau of Medi-Cal Fraud and Elder Abuse, Department of Justice, State of California, Ontario California, 2/22/01.

158. Treating Chronic Pain in the Elderly. Memorial Lecture Series, Outpatient Department, Veterans Administration Los Angeles, California, 1/2/01.

159. Medications in the Elderly. Continuous Quality Improvement (CQI) and the Risk-Plus Program in the State-Assisted Living Facilities, Department of Administration, State of Alaska, Sitka, Alaska, 5/1/01.

160. Falls in the Elderly. Continuous Quality  Improvement (CQI) and the Risk-Plus Program in the State-Assisted Living Facilities, Department of Administration, State of Alaska, Sitka, Alaska, 5/1/01.

161. Sexuality. North American Forum on Women's Health, Los Angeles, California, 6/19/01.

162. Alzheimer's Disease. North American Forum on Women's Health, Los Angeles, California, 6/19/01

163. Geropsychological Evaluation of Seniors. Symposium on Elder Abuse. Department of Justice-Bureau of Medical Fraud and Elder Abuse, Rancho Mirage, California, 9/7/01

164. Depression in the Elderly. Hoag Hospital. Newport Beach, California, 9/7/01.

165. Sleep Disorders in the Elderly. Care of the Elderly Conference. University of Alaska – Sitka, Sitka, Alaska, 9/23/01.

166. Medications in the Elderly. Memorial Hospital, Santa Rosa, California, 10/19/01.

167. Dementia. Medical Grand Rounds, Riverside General Hospital, Marino Valley, California, 11/15/01.

168. Dementia in the Elderly. Medical Grand Rounds, Arrowhead Medical Center, San Bernardino General Hospital, Colton, California, 11/29/01.

169. Patient and Family Satisfaction in Long Term Care. Alaska Pioneers' Home, Anchorage, Alaska. A site visit and symposium, 12/11/01-12/15/01.

170. Normal Aging vs. Disease. Symposium on Geriatric Medicine. Annenberg Center, Rancho Mirage, California, 2/202.

171. Medications in the Elderly, Memorial Lecture Series, Outpatient Department, Veterans Administration, Los Angeles, California, 2/26/02.

172. Life Style Redesign in Elder Care. 2nd Annual North American Forum on Women's Health, Anaheim, California, 3/1/02.

173. Dementia in the Elderly. Memorial Lecture Series, Outpatient Department, Veterans Administration, Los Angeles, California, 3/12/02.

174. Diabetes in the Elderly.  Endocrine Grand Rounds. Harbor General Hospital, Torrance, California, 4/1/0/2.

175. Medications in the Elderly. Multi-lecture series, Commission on Aging, State of Alaska, Anchorage and Fairbanks, 4/22/02-4/26/02.

176. Treatment of Pain in the Elderly. Care of the Elderly Conference, University of Alaska, Sitka. Sitka, Alaska, 9/19/02.

177. Treatment of Cardiovascular Risk Factors in the Elderly. Care of the Elderly Conference, University of Alaska, Sitka, Alaska 9/19/02.

178. Special Issues in Long Term Care. Assessment and Evaluation of the Anchorage Pioneers' Home, Anchorage, Alaska, 12/10-12/14/02.

179. Identification and Treatment of Cardiovascular Risk Factors in the Elderly – A symposium Montgomery Cardiology Programs. Montgomery, Alabama, 3/21/03.

180. Medications in the Elderly. Multi-lecture series, Commission on Aging, State of Alaska, Anchorage and Fairbanks, 4/23-4/26/03.

181. Assessment of Mental Competency and Discussion of an Elder Abuse Case. Symposium on Elder Abuse, Department of Justice – Bureau of Medi-Cal Fraud and Elder Abuse, Squaw Valley, California, 5/27-5/30/03.

182. Medications in the Elderly. Multi-lecture series, Commission on Aging, State of Alaska, Juneau and Ketchikan, 6/27-6/29/03.

183. Dementia in the Elderly: Medications in the Elderly. Care of the Elderly Conference, University of Alaska, Sitka, Sitka, Alaska, 9/18-9/19/03.

184. Dementia. Geriatric Symposium – St. Mary's Hospital and Scan, Long Beach, California, 10/4/03.

185. Senior Assessment for the Care Provider. Public Health Forum – State of Alaska. Anchorage, Alaska, 12/1/03.

186. Senior Assessment Workshop. Alaska Geriatric Education Center, University of Alaska, Anchorage, Alaska, 1/23/04.

187. Sleep Disorders in the Elderly. Coping with Chronic Disease. Care of the Elderly Conference, University of Alaska, Anchorage, Alaska, 9/17/04.

188. Elder Abuse. Coping with Chronic Disease. Cardiovascular Risk Factors in the Elderly. Senior Lives Conference, University of Alaska, Anchorage, Alaska 6/10/05.

189. Assessment of the Chart in Skilled Nursing Facilities. Symposium on Elder Abuse, Department of Justice, Bureau of Medical Fraud and Elder Abuse, Long Beach, California, 6/6-6/9/05.

190.   Coping with Chronic Disease. The Chart in the Skilled Nursing Home. Care of the Elderly Conference, University of Alaska, Sitka, 9/16/05.

191.   Sex After 60. The Chart in the Skilled Nursing Home. Promoting Best Practices in Aging Conference, University of Alaska, Anchorage – 6/8/06 – 6/10/06.

192.   Medical Realities and Diminished Tribal Longevity. New Aspects of Long Term Care. Care of the Elderly Conference, University of Alaska , Sitka, 9/14/06 – 9/16/06.

193.   Standard of Care, Symposium on Elder Abuse, Department of Justice, State of California, Bureau of Medi-CAL Fraud and Elder Abuse, San Mateo, California May 2007.

194.   Integrated Therapies for Aging. The Therapies, Care of the Elderly Conference, University of Alaska, Southeast, Sitka 9/25/08 – 9/27/08.

195.   Human Biology 596 Course University of Washington Medical School -
196.   WWAMI Program – Multi-Disciplinary and Ethnicity in Gerontology and Geriatrics. Lectures to Alaskan Medical Students, University of Alaska, Anchorage, April 2009 and October through December 2009.

197.   Mental Health and Dementia. Inter-disciplinary Practice in Geriatrics Sex After 60. Prompting Best Practices in Aging Conference, University of Alaska, Anchorage, 6/3/09 – 6/5/09.

198.   Care of the Elderly Conference. Co-Director. University of Alaska, Southeast, Sitka 9/26/09 – 9/28/09.

199.   WWAMI Program Lecturer – in Marime and Cheyenne, WY to Medical Students and Family Practice House Staff – April 2000.

## I.   PUBLICATIONS

Papers – Peer Review

1.   McCleverty, J.A. and Wilkinson, G. (Submitters), Lipson, L.G., Maddox, M.D. and Kaesz, H.D. (Checkers): Dichlorotetracarbonyldirhodium. Inorganic Synthesis Vol. VIII, oltzclaw, H.F., Jr. (Ed) McGraw-Hill, New York, 1966, pp.211-214.

2.   McCleverty, J.A. and Wilkinson, G. (Submitters), Lipson, L.G., Maddox, M.D. and Kaesz, H.D. (Checkers): Chlorocarbonylbis (triphenylphospine) rhodium and chlorocarbonylbis (triphenylarsine) rhodium. Inorganic

Synthesis Vol. VIII, Holtzclaw, H.G. Jr. (Ed), McGraw-Hill, New York, NY 1966, pp214-217.

3.      Lipson, L.G., Capuzzi, C.M. and Margolis, S.M: Effect on method of cell isolation on the metabolic activity of isolated rat liver cells. J. CellSC. 10:167-179, 1972.

4.      Lipson, L.G.: Plague in San Francisco in 1900, Ann. Int. Med. 77:303-310, 1972.

5.      Kohler, T.R., Lipson, L.G., Flores, J., Witkum, P.A., Fischer, J.B., and Sharp, G.W.G.: Sequence of events in the activation of adenylate cyclase by cholera toxin. Bull Schweitz. Akad. Med. Wiss. 32-223-232, 1976.

6.      Beiteins, I.Z., Lipson, L.G. and McCarthur, J.W.:Luteinizing hormone, follicle stimulating hormone and their subunits released in culture by human pituitary tumors. J. Clin. Endo. Metab. 45:1271-1280, 1977.

7.      Fischer, J.B., Kohler, T.R., Lipson, L.G., Flores, J., Witkam, P.A., and Sharp, G.W.G.: Studies on the time course and rate limiting steps in the activation of adenylate cyclase by cholera toxin. Biochem. J. 173: 59-64. 1978.

8.      Lipson, L.G., Beitins, I.Z., Kornblith, P.D., McArthur, J.W., Friesen, H.G., Kliman, B. and Kjelberg, R.N.: Tissue culture studies on human pituitary tumors: Radioimmunoassay of anterior pituitary hormones in culture medium. Acta. Endocrin. 88:239-249, 1978.

9.      Lipson, L.G. and Sharp, G.W.G.: Insulin secretion in pregnancy: Studies on adenylate Cyclase, phosphodiestarase, protein kinase and phosphoprotein phosphotase in Isolated islets of Langerhans of the rat. Endocrinology 103:1272-1280, 1978.

10.     Lipson, L.G., Beitins, I.Z., Kornblith, P.D., McArthur, J.W., Friesen, H.G., Kliman, B. and Kjelberg, R.N.: Tissue culture studies on human pituitary tumors: Long-term release of anterior pituitary hormones. Acta. Endocrin. 90:421-433, 1979.

11.     Lipson, L.G., Siegal, E., Wohlheim, C.B. and Sharp, G.W.G.: Insulin release in fasting: Studies on adenylate cyclase, phosphodiestarase, protein kinase and phosphoprotein phosphatase in isolated islets of Langerhans of the rat. Endocrinology 105:702-717, 1979.

12.     Lipson, L.G., Bush, M.J., Tietjen, G.E. and Yoon, A.: Role of the adenylate cyclase system in altered insulin release from islets of Langerhans of aging rats. Acta. Endocrin. 96:222-226, 1981.

31

13. Lipson, L.G., Bobrycki, V.A., Bush, M.J., Tietjen, G.E. and Yoon, A.: Insulin release in aging: Studies on adenylate cyclase, phosphodiesterase and protein kinase in islolated islets on Langerhans of the rat. Endocrinology 108: 602-624, 1981.

14. Lipson, L.G., Moore, D., Pope, A.M., Todd, G.J., and Avila, S.: Sexual dysfunction in Hypertensive diabetic patients. J. Cardiovascular Med. 6: Supp. 1, 30-37, 1981.

15. Cotton, D.B., Strassner, H.G., Lipson, L.G., and Goldstein, D.A.: The effects of terbutaline on acid-base, electrolytes and glucose homeostasis during the management of preterm labor. Am. J. Obstet. And Gyn. 141: 617-624, 1982.

16. Oldham, S.B., Lipson, L.G. and Tietjen, G.E.: Evidence for the presence of calmodulin in human parathyroid tissue. Mineral and Electrolyte Metabolism 7: 273-280, 1982.

17. Lipson, L.G., Oldham, S.B.: The presence of calmodulin – stimulatable phosphodiesterase in pancreatic islets of Langerhans of pregnant and normal female rates. Life Sciences 32: 775-780, 1983.

18. Mircheff, A.C., Conteas, C.N., Lu, C.C., Santiago, N.A., Gray, G.M. and Lipson, L.G.: Basal-lateral and intracellular membrane populations of the rate exorbital lacrimal gland. Am. J. Physiol. 245: G 133-142, 1983.

19. Premdas, F.H., Molina, J.M. and Lipson, L.G.: Insulin release in aging: Role of glyceraldehydes. Acta. Endocrin. 103: 539-543, 1983.

20. Lipson, L.G. and Lipson, M.: Treatment of the obese maturity onset diabetic patient, Arch. Int. Med. 144: 135-138, 1984.

21. Oldham, S.B., Molloy, C. and Lipson, L.G.: Calcium inhibition of adenylate cyclase in the parathyroid gland. Endocrinology 114: 207-214, 1984.

22. Lipson, L.G.: Sexual dysfunction in the diabetic patient with hypertension. Am. J. Cardiol. 53: 46A-50A, 1984.

23. Lipson, L.G.: Special problems in the treatment of hypertension in the patient with diabetes mellitus. Arch. Int. Med. 144: 1829-1831, 1984.

24. Oldham, S.B., Rude, R.K., Molloy, C. and Lipson, L.G.: The effect of magnesium on calcium inhibition of parathyroid adenylate cyclase. Endocrinology. 115: 1883-1890, 1984.

25. Molina, J.M., Premdas, F.H., Klenck, R.E., Eddlestone, G., Oldham, S.B. and Lipson, L.G.: The dynamic insulin secretory response of isolated pancreatic islets of the diabetic mouse: Evidence for a gene dosage effect on insulin secretion. Diabetes 33: 1120-1123.

26. Eddlestone, G.T., Oldham, S.B., Lipson, L.G., Premdas, F.H. and Beigelman, P.M.: Electrical activity, cAMP concentration and insulin release in mouse islets of Langerhans, Am. J. Physiol. 248: C 145-153, 1985.

27. Molina, J.M., Premdas, F.H. and Lipson, L.G.: Insulin release in aging: Dynamic response of isolated islets of Langerhans of the rat to D-glyceraldehyde. Endocrinology 116: 821-826, 1985.

28. Oldham, S.B. and Lipson, L.G.: The high affinity calcium inhibition of parathyroid adenylate cyclase is not calmodulin-dependent. Calcif, Tissue Int. 38: 275-281, 1986.

29. Bailey, C.J., Day, D., Bray, G.A., Lipson, L.G. and Flatt, P.R.: Role of adrenal glands in the development of the abnormal glucose and insulin homeostasis in genetically obese (ob/ob) mice. Hormone and Metabolism Research. 18: 357-360, 1986.

30. Prochazka, M., Premdas, F.H., Leiter, E.H. and Lipson, L.G.: Estrone treatment dissociates primary versus secondary consequences of "diabetes" (DB) gene expression in mice. Diabetes, 35: 725-728, 1986.

31. Lipson, L.G.: Diabetes in the elderly: Diagnosis, pathogenesis, and therapy. Am. J. Med. 80: Supp. 5A: 10-21, 1986.

32. Fadda, G.Z., Akmal, M., Premdas, F.H., Lipson, L.G. and Massry, S.G.: Insulin release from pancreatic islets: Effects of CRF and excess PTH. Kidney Int. 33: 1066-1072, 1988.

33. Leiter, E. H., Premdas, F.H., Harrison, D.H. and Lipson, L.G.: Aging and glucose homeostasis in C57BL/6J male mice. FASEB Journal. 2: 2807-2811, 1988.

34. Fadda, G.Z., Akmal, M., Lipson, L.G., Soliman, A. and Massry, S.G.: Correction of glucose intolerance and the impaired insulin release of chronic renal failure by verapamil. Kidney Int. 36: 773-770, 1989.

35. Fadda, G.Z., Akmal, M., Lipson, L.G. and Massry, S.G.: Direct effect of parathyroid hormone secretion from pancreatic islets. Am. J. Physiol., 258 (Endocrinol. Metab. 21): E975-E984, 1990.

36.     Mulligan, R., Lipson, L.G. and Heaton, S. G.: Detecting diabetes in an elderly dental patient population. Special care in Dentistry: Feature Article: September-October, 142-147, 1990.

37.     Xin-Gin, Z., Fadda, G.Z., Lipson, L.G. and Massry, S.G.: Phosphate depletion impairs insulin secretion by pancreatic islets. Kid. Int. 39: 120-128, 1991.

38.     Fadda, G.Z., Hajjar, S.M., Perna, A.F., Chau, X.J., Lipson, L.G. and Massry, S.G.: On the mechanisms of impaired insulin secretion in chronic renal failure. Jour. Clin. Invest. 87: 225-261, 1991.

39.     Clark, F. Carlson, M., Zimke, R., Frank, G., Patterson, K., Larson, B., Rankin-Martinez, A., Hobson, L., Crandall, J., Mandel, D. and Lipson, L.G.: A qualitative study of the life domains and adaptive strategies of the low income, well elderly. Am. J. Occup. Therapy, 1994

40.     Clark F. Carlson, M., Zimke, R., Frank, G., Patterson, K., Ennevor, B., Rankin-Martinez, A., Hobson, L., Crandall, J., Mandel, D.and Lipson, L.G.: Life domains and adaptive strategies of a group of low-income, well older adults. Am. Jr. of Occupational Therapy, 99-108, 1995.

41.     Rho, Jay P. and Lipson, L.G.: Focus on acetylcholinestrerase inhibitor for the treatment of Alzheimer's disease. Formulary, Vol. 32, 677-684, 1997.

42.     Clark, F., Azen, S.P., Zemke, R., Jackson, J., Carlson, M., Mandel, D., Hay, J., Josephson, K., Cherry, B., Hessle, C., Palmer, J. and Lipson, L.G.: Occupational Therapy for Independent-Living Older Adults. JAMA, 278: 1321-1326, 1997.

43.     Clark, F., Azen, S.P., Carlson, M., Mandel, D., LaBree, L., Hay, J., Zemke, R., Jackson, J. and Lipson, L.G.: Embedding health-promoting changes into the daily lives of independent-living older adults: Long-term follow-up of occupational therapy intervention. Journal of Gerontology: Psychological Sciences, 56B, pp. 60-63, 2001.

Requested Chapters, Papers, and Monograms

1.      Sharp, G.W.G., Fisher, J.G., Lipson, L.G., Kohler, T.R., Flores, J. and Witkum, P.A.: Time course studies on the mechanisms of action cholera toxin. Hormonal Receptors in Digestive Tract Physiology. In Bonfils, S., Fromageot, P., Rosselin, G. (eds.), Eldevier-North Holland Biomedical Press, Amdsterdam, pp.447-454, 1976.

2.     Sharp, G.W.G., Wiedenkeller, D.E., Lipson, L.G., Oldham, S.B., Krausz, Y., Janjis, D., Pian-Smith, M.C.M. and Wollheim, C.B.: Multiple roled of calmodulin, the endocrine pancreas and the control of insulin secretion. Proceedings of the 11th Congress of the International Diabetes Federation. Int. Congress Series #600: Excerpta Medica, Princeton, N.J., Mngola, En.N. (Ed.) pp 329-336, 1983.

3.     Lipson, L.G.: Hypertension and diabetes mellitus. Diabetes forecast 38:53, 1985.

4.     Lipson, L.G.: Diabetes mellitus in the elderly: Special problems, special approaches. Co. Medical, New York, N.Y., pp. 1-20, 1985.

5.     Lipson, L.G.: Diabetes after sixty-five. Diabetes Forecast. Vol. 39, No. 7, 54-58, 1986.

6.     Lipson, L.G.: Diabetes in the elderly: A multifaceted problem. Am. J. Med. 80: supp. 5A:1-2, 1986.

7.     Lipson, L.G. and Bray, G.A." Energy intake and utilization in aging man: Chen (ed.), Nutritional Aspects of Aging, Vol. 1, CRC press, Inc., Boca Raton, FL. Pp. 184-185, 1986.

8.     Lipson, L.G.: Diabetes and aging. In Beigelman, P.M. and Kuman, D., (Eds), Diabetes Mellitus for the house officer. Williams and Wilkins, Baltimore, MD., pp. 184-185, 1986.

9.     Lipson, L.G. and Kumar, D.: Oral hypoglycemic agents. In Beigelman, P.M. and Kumar, D. (Eds.) Diabetes Mellitus for the House Officer. Williams and Wilkins, Baltimore, MC. Pp. 112-118, 1986.

10.    Lipson, L.G.: Dental problems in the diabetic patients. In Beigelman, P.M. and Kumar, D. (Eds.) Diabetes Mellitus for the House Officer. Williams and Wilkins, Baltimore, MD., pp. 181-183, 1986.

11.    Lipson, L.G.,: Hypertension in the diabetic patient. In Beigelman, P.M. and Kumar, D., (Eds.) Diabetes Mellitus for the House Officer. Williams and Wilkins, Baltimore, MD., pp 160-163, 1986.

12.    Lipson, L.G.: Hypertension in the diabetic patient. In Beigelman, P.M. and Kumar, D., (Eds.), Diabetes Mellitus for the House Officer. Williams and Wilkins, Baltimore, MD., pp. 173-175, 1986

13.    Dinwiddie, R. and Lipson, L.G.: Improved control of serum glucose in obese, new-onset Insulinopenic non-insulin dependent diabetes mellitus:

Partial respiration of Norman dynamic insulin secretion. Roerig Division, pp. 1-6, 1986.

14. Lipson, L.G. and Kato-Palmer, S.: Diabetes in Asians. Diabetes Forecast, Vol. 41, No. 9, 48-51, 1988.

15. Lipson, L.G., Kato-Palmer, S., Boggs, W.L., Moore,D., and ope, A.: Diabetes in the Black population. Diabetes Forecast Vol. 41, No. 9, pp. 34-38, 1988.

16. Williams, B.R., Nichol, M.B., Lowe, B.F., McCombs, J.S., Yoon, P.S. and Lipson, L.G.: pharmacist intervention residential care facilities. In Rowe, J.W. and Ahronheim, J.C. (Eds.) Annual Review of Gerontology and Geriatrics; Focus on Medications and the Elderly. Springer Publishing Co. New York, N.Y., pp. 150-162, Vol. 12, 1992.

17. The Use of Medications: A Training and Reference Manual Developed for Staff in Residential Care Facilities for the Elderly, 1195. Lipson, L.G. – Project Co-Director.

18. Weiner, J. and Lipson, L.G.: Human diseases as models of accelerated aging. In Rosen, C., Glowacki, J. and Bilezikian, J. (Eds.) The Aging Skeleton, Academic Press, Chapter 6: pp. 51-58, 1999.

19. Raghaven, D., Weiner, J. and Lipson, L.G.: Cancer in the elderly : principles of treatment in Soulhami, R.L. et al (Eds.), Oxford Textbook Oncology, 2nd Edition, Oxford University Press, Oxford, London, 1999.

Films and Videos

1. Discharge Planning for the Elderly Hospitalized Patient: I. What to do when you go Home.  Hospital Satellite Network, 1986. 15 min. L.G. Lipson – Moderator and Context Exper.

2. Discharged Planning for the Elderly Hospitalized Patient: II. The patient with acute medical problems after discharge. Hospital Satellite Network, 1986, 15 min. L.G. Lipson – Moderator and content expert.

3. Discharge Planning for the Elderly Hospitalized Patient: III. The chronically disabled patient. Hospital Satellite Network, 1986, 15 min. L.G. Lipson – Moderator and content expert.

4. Discharge Planning for the Elderly Hospitalized Patient: IV.  Community programs for the elderly. Hospital Satellite Network, 1986, 15 min. L.G. Lipson – Moderator and content expert.

5.  Normal Aging Versus Disease. Physician Journal Update. Lifetime Network, 1987, 15 min. L.G. Lipson – Content expert.

6.  Drugs and the Elderly. Physician's Journal Update. Lifetime Network, 1987, 15 min. L.G. Lipson – Content expert.

7-26.  Caring for and Aging Society. 20 videos on various aspects of Geriatrics and Gerontology. Each 30 minutes in length. Producer – Neil Steinberg Productions, Executive Producers – Hospital Satellite Network and Age Wave, Sponsor – Marion Laboratories. 1987-1988. L.G. Lipson – Technical advisor and content expert.

## CARING FOR AN AGING SOCIETY

### SHOW TITLES AND NUMBER

| NSP# | HSN# | TITLE | EXPERT |
|------|------|-------|--------|
| 001 | 8649X | NEW IMAGES OF AGING (F) | DYCHTWALD |
| 002 | 0462X | HOW TO TALK TO YOUR DOCTOR (F) | LIPSON |
| 003 | 5733X | GERIATRIC ASESSMENT (F) | BUTLER |
| 004 | 8648X | DRUGS AND THE ELDERLY (F) | LAMY |
| 005 | 7716X | ACUTE CARE GERIATRIC NURSING (F) | FULMER |
| 006 | 5734X | HEART DISEASE AND THE ELDERLY (F) | SWAN |
| 012 | 8650X | PRINCEPLES OF AGING (F) | HAZZARD |
| 013 | 5735X | PRESENTATION OF DISEASE (F) | ABRASS |
| 014 | 5736X | GEROPSYCHIATRIC FOUNDATIONS (W) | OLSEN |
| 015 | 5737X | PHYSICIAN'S ROLE IN DRUG THERAPY (F) | VESTAL |
| 016 | 8652X | ETHICAL ISSUES IN ELDERCARE (F) | CASSEL |
| 017 | 7717X | GEROPSYCHIATRIC NURSING (W) | WYKLE |
| 018 | 6725X | THE HUB CONCEPT (W) | DYCHTWALD |
| 019 | 6726X | ELDERCARE FINANCING (W) | DYCHTWALD |
| 020 | 6727X | ELDERCARE: MODELS OF SUCCESS (F) | DYCHTWALD |
| 021 | 5738X | DIABETES IN THE ELDERLY (W) | LIPSON |
| 022 | 8651X | GERIATRIC DISCHARGE PLANNING (F) | WERTHEIMER |
| 023 | 0473X | PROMOTING WELLNESS (W) | FARQUHAR |
| 024 | 0475X | SELF-MEDICATION IN THE ELDERLY (W) | SIMONSON |
| 025 | 0474X | FAMILY ROLES IN HEALTHCARE FOR THE ELDERLY | BRATTER |

27.  Medical Checkup: Health Awareness '88. Aging in the Black Community. A 30 min. Video. Producer, Mark Alyn Communications, Sponsor – Marion Laboratories, 1988. L.G. Lipson – Moderator and content expert.

28.  Medical Checkup: Health Awareness '88 Aging in the Hispanic Community. A 30 min. Video. Producer, Mark Alyn Communications, Sponsor – Marion Laboratories, 1988. L.G. Lipson – Moderator and content expert.

29. Medical Checkup: Health Awareness '88. Aging in the Asian Community. A 30 min. Video. Producer, Mark Alyn Communications, Sponsor – Marion Laboratories, 1988. L.G. Lipson – Moderator and content expert.

30. Medical Checkup: Health Awareness '88. Diabetes Mellitus in the Black Community. A 30 min. Video. Producer, Mark Alyn Communications, Sponsor – Marion Laboratories, 1988. L.G. Lipson – Moderator and content expert.

31. Medical Checkup: Health Awareness '88. Diabetes Mellitus in the Asian Community. A 30 min. Video. Producer, Mark Alyn Communications, Sponsor – Marion Laboratories, 1988. L.G. Lipson – Moderator and content expert.

32. Medical Checkup: Health Awareness '88. Diabetes Mellitus in the Hispanic Community. A 30 min. Video. Producer, Mark Alyn Communications, Sponsor – Marion Laboratories, 1988. L.G. Lipson – Moderator and content expert.

33-38. Diet and Exercise – Lifestyles for Aging. Hospital Satellite Network. Six 10-minute Segments, 1989. L.G. Lipson – content expert.

39. How to Talk to the Older Patient. Baylor Hospital and Age Wave, 1989. L.G. Lipson – Medical Moderator and content expert.

40-41. The Aging Skin. Age Wave, 1991. L.G.Lipson – Medical Editor.

42. Diabetes and the Elderly. Living with Diabetes: Diabetes on the Air, 1991.

43. Sex and Sexuality in Seniors – A Documentary, 1999 L.G. Lipson – Guest Expert.

Abstracts

*1. Lipson, L.G., Margolis, S.M. and Capuzzi, D.M.: Comparison of acetate and amino acid incorporation in rat liver cells isolated by three techniques. Fed. Proc. 28:336 (abst. 607), 1969.

2. Lipson, L.G., Ackerman, I.P. and Kliman, B.: simultaneous acromegaly and partially suppressible adrenocortical function in a patient with a pituitary tumor. Clin. Res. 24: 274A, 1976.

3. Lipson. L.G., Beitins, I.Z., Kornblith, P.D., McArthur, J. W., Friesen, H.G., Kliman, B. and Kjelberg, R.N. Hormone secretory patterns of human pituitary tumors in tissue culture. Clin. Res. 328A, 1976.

4. Lipson, L.G., Forristall, C.A. and Sharp, G.W.G. Phosphorylation and dephosphorylation in the control of the insulin release: Islet phosphoprotein phosphatase. Diabetes 25: Supp. 1,374 (abst. 213), 1976.

*5.   Lipson, L.G., Vachon, C., Forristall, C.A., and Sharp, G.W.G.: Stimulation of specific protein phosphorylation in intact rats islets of Langerhans by both 3-isobutyl-l-methlxanthine and D-glucose. Clin. Res. 26:530A, 1978.

6.   Lipson, L.G. and Sharp, G.W.G.: Insulin release in pregnancy; Relationship to protein and phosphorylation. Endocrinology 102: (abst. 711), 1978.

7.   Lipson, L.G. Wollheim, C.B. and Sharp, G.W.G.: Insulin release in fasting. Diabetes 27: Supp. 2, 489 (abst. 236), 1978.

8.   Lipson, L.G., Bobrycki, V.A., Bush, M.J., Gross, E. and Inouyte, D.: Role of adenylate cyclase system in altered insulin release from islets of aged rats. Clin.Res. 28:51A, 1980.

*9.   Cotton, D.B., Strassner, H.G., Lipson, L.G. and Goldstein, D.A.: Effect of terbutaline on serum concentrations of glucose, insulin, potassium, ionized and total calcium lactate, and colloid osmotic pressure. Gyecol. Invest. 1980.

*10.   Lipson, L.G., Bush, M.J., Tietjen, G.E. and Yoon, A.: Insulin release in aging: the role of adenylate cyclase system. Endocrinology 106: (abst. 34), 1980.

11.   Mircheff, a.C., Lipson, L.G., Bush, M.J., Yoon, A. and Barish, J.J.: Analytical fraction of B-cells. Diabetes 29: Supp. 2, 109A (abst. 425), 1980

12.   Moore, D., Pope, A.M., Todd, G.J., Rosenquist, R.J., and Lipson, L.G.: Treatment of hypertensive diabetic patients with prazosin. Diabetes 29: Supp. 2, 67A (abst. 267) 1980.

*13.   Oldham, S.B., Lopson, L.G. and Tietjen, G.E.: Evidence for the presence of calmodulin in human parathyroid tissue.  VIII International Conference in Calcium Regulating Hormones, 1980.

*14.   Lipson, L.G., Bush, M.J. and Bobrycki, V.A.: The role of the adenylate cyclase system in the decreased glucose-stimulated insulin release from isolated  islets of Langerhans of aging rats. Gordon Research Conference – The Biology of Aging. 1980.

15.   Lipson, L.G. Oldham, S.B. and Bush, M.J.: Calmodulin – stimulatable phosphodiestarase in isolated islets of Langerhans of the rat. Clin. Res. 29:56A, 1981.

16.   Lipson. L.G., Moore, D., Pope A.M., Todd, F.J. and Avila, S.: Incidence of hypertension in male diabetic populations. Clin. Res. 29:413A. 1981.

17.   Lipson, L.G. and Oldham, S.B.: Colmodulin-stimulatable phosphodiestarase in pancreatic islets of the pregnant rat. Clin. Res. 29-413A, 1981.

*18.   Conteas, C.N., Lipson, L.G. and Mircheff, A.C.: Basal lateral membranes from rat parotid acinar cells. Gastroenterology 80: 1128A, 1981.

19. Lipson, L.G. and Oldham, S.B.: The presence of a calmodulin-stimulatable phosphodiesterase in pancreatic islets from pregnant and normal female rats. Endocrinology 108:343, (abst. 1942), 1981.

20. Lipson, L.G. Bush, M.J. and Najdziuk, J.: Insulin release in aging: Role of glyceraldehydes. Diabetes 30: Supp. 1 (abst. 296), 1981.

*21. Lipson, L.G.: Insulin release in aging. Gordon Research Conference – The Biology of Aging. 1982.

22. Lipson. L.G., Moore, D., Pope, A.M. and Todd, G.J.: Sexual dysfunction in hypertensive diabetic patients: The role of prazosin in its prevention. Diabetes 31: Sup. 2 (abst. 365), 1982.

*23. Oldham, S.B. and Lipson, L.G.: Biphasic inhibition of parathyroid adenylate cyclase activity by calcium. Calif., Tissue int. 34:S43, 1982.

*24. Lipson, L.G., Premdas, F.H., Molina, J.M.:Studies on dynamic insulin release in aging. The physiologist 25: 288 (abst. 47.8), 1982.

*25. Molina, J.M., Premdas, F. H. and Lipson, L.G.: Dynamics of insulin secretion in aging Clin.Res. 31:58A, 1983.

*26. Sharp, G.W.G., Wolheim, C.B., Siegel, E., Lipson, L.G. and Kraus, Y.: The role of calmodulin in insulin secretion. International Diabetes Fed. Meeting in Kenya, November 1982.

*27. Eddlestone, G.T., Oldham, S.B., Lipson, L.G. and Beigelman, P.M.: Forskolin increases cyclic AMP and potentiates electrical activity in the mouse pancreatic B-cell. Fed. Proc. 42: 897, (abst. 3544), 1983.

*28. Eddlestone, G.T., Oldham, S.B., Lipson, L.G. and Beigelman, P.M.: Forskolin potentiation of the B-cell response to glucose. Diabetes 32: Supp. 1(abst. 552), 1983.

*29. Oldham, S.B. and Lipson, L.G.: The effects of ionic calcium on magnesium activation of parathyroid adenylate cyclase. Calcif. Tissue Int. 35:686, 1983.

*30 Premdas, F.H., Molina, J.M. and Lipson, L.G.: Restoration of normal dynamic insulin in secretion in aging rats. The Physiologist 26:A50, (abst. 32.1), 1983.

*31. Oldham, S.B. and Lipson, L.G.: Calcium inhibition of parathyroid adenylate cyclase: Is calmodulin medicated? VIII International Conference on Calcium Regulation Hormones, Kobe, Japan, October, 1983.

32. Johnson, M.D. and Lipson, L.G.: Prevalence of Hypertension and sexual dysfunction in diabetic women. Clin. Res. 32:48A, 1984.

*33.   Molina, J.M., Premdas, F.H., Lipson, L.G., Klenck, R., Eddlestone, G. and Oldham, S.B.: Comparison of dynamic insulin release to D-glucose and D-glyceraldehyde in isolated pancreatic islets from the db/db mouse. Clin. Res. 32:51A, 1984.

*34.   Oldham, S.B. and Lipson, L.G.: Ionic control of parathyroid adenylate cyclase activity. UCLA symposium 1984 on Membrane Receptors and Cellular Recognition.

35.   Lipson, L.G., Liebig, P.S. and Sloane, R.B.: Training of faculty mentors and advocates in geriatrics. Annual Meeting of Gerontological Society of America. November, 1984, San Antonio, Texas.

*36.   Lipson, L.G., Premdas, F.H., Molinas, J.M. and Lewis, D.: Cyclic AMP and insulin secretion. Gordon Research Conference – The Biology of Aging, 1985.

*37.   Fadda G., Akmal, M., Premdas, F.H., Lipson, L.G. and Massry, S. G.: Direct evidence of an inhibitory effect if parathyroid hormone (PTH) on insulin release in chronic renal failure (CRF). Kidney International. 31:348, 1987, American Society of Nephrology, Washington, D.C., 1986.

*38.   Fadda G., Akmal, M., Premdas, F.H., Lipson, L.G. and Massry, S. G.: Correction of glucose intolerance (GINT) and the impaired insulin release o chronic renal failure (CRF) by verapamil. American Society of Nephrology, San Antonio, Texas 1988.

39.   Palmer, S.K., Madison, R.E. and Lipson, L.G.: Self-reported prevalence and associated factors in type II diabetes in Japanese Americans in Los Angeles. Diabetes: 37:150A (abst. 587), 1988.

*40.   Garcia, D.L., Palmer, S.K., Boggs, W.L. and Lipson, L.G.: Challenges in-patient compliance of elderly Mexican American Diabetics. Diabetes: 37:68A (abst. 269), American Diabetes Association, New Orleans, L.A., 1988.

41.   Schwam, W.J., Lefevre, T.M. and Lipson, L.G.: Falls in the elderly: The use of multiple balance tests. Nov. 1988 meeting of Gerontological Society of America.

*42.   Oldham, S.B., Eddlestone, G.T., Premdas, F.H. and Lipson, L.G.: the influence of age on glucose and forskolin – stimulated insulin release from islets of the diabetic mouse. No. 1988 meeting of Gerontological Society of America.

*43.   Lipson, L.G.: Caring for an aging society – twenty 30 minute videos on gerontology and geriatrics. Nov. 1988, meeting of Gerontological Society of America.

*44.   Palmer, S.K., Madison, R.E. and Lipson, L.G.: Diabetes in older Japanese-Americans. November 1988 meeting of Gerontological Society of America.

*45.   Boggs, W.L., Garcia, D.L., Palmer, S.K., and Lipson, L.G.: Patient compliance in an ethnic population: Diabetes care in elderly Mexican-Americans, Nov. 1988, meeting of Gerontological Society of America.

*46.   Fadda, G.Z., Akmal, M., Lipson, L.G. and Massry, S.G.: Correction of Glucose Intolerance (GINT) and the impaired insulin release of chronic renal failure (CRF) by Verapoamil. Kidney Int. 35:427, 1989, 1989 Meeting of the 21st National Kidney Foundation scientific Symposium.

*47   Fadda, G.Z., Akmal, M., Lipson, L.G. and Massry, S.G.: Evidence for a direct effect of parathyroid hormone (PTH) on pancreatic islets. Kidney Int. 37:466, 1990, 1990 meeting of the 22nd National Kidney Foundation Scientific Symposium.

*48   Fadda, G.Z., Akmal, M., Lipson, L.G. and Massry, S.G.:  Mechanism of impaired insulin secretion in chronic renal failure. Kidney Int. 37:505, 1990. 1990 meeting of the 22nd National Kidney Foundation Scientific Symposium.

*49.   Comunale, R., Fadda, G.Z., Premad, F.H., Thanakitcharu, P, Lipson, L.G. and Massry, S.G.: Reduced K-induced insulin secretion in chronic renal failure (CRF) contribute to impaired extrarenal disposal of K: Role of excess PTH. Am. Soc. Nephrol. 1:624, 1990.

*50   Williams, B., Lowe, B., Nichol, M., McCombs, J., Yoon, P. and Lipson, L.G.: Improving drug therapies in residential care facilities. 1994 Annual Meeting of the American Geriatric Society, Los Angeles, CA.

*51.   Lipson, L.G., McCombs, J,, Jelliffe, R., Williams, B., and Wilson, P.: Medications I the elderly: problems, policies and new solution, a symposium. 1995 Annual Meeting of the Gerontological Society of America, Los Angeles, CA.

*52.   Lipson, L.G. and Kohn, J.: Governmental responsiveness to changes in demographics of aging disease: A unique state approach to geriatric ADRD care and treatment. 1996 Annual Meeting of Southern Medical Association, Baltimore, Maryland.

53. Symposium Annual Meeting of Gerontological Society of America, San Francisco, California, 1998.

   *Presented

## I.   Grants and Research Funding (1975-2001)

1.   National Research Service Awards in Diabetes, 1975-1977. NIAMDD, NIH. 1F32 AM 05219 MET.

2.   Clinical Investigator Award in Diabetes. 1977-1978. NIAMDD, NIH. 1 KOB AM 0320 MET. Two additional years of support were given up in order to change institutions.

3. Daland Fellowship in Clinical Medicine (Diabetes Research) of the American Philosophical Society, 1975-1978.

4. NIH research Grant – "Pregnancy: Its role in altered insulin release." NICHID, NIH 1/79 through 12/81, $134,000. 1RO1 HD 12517. L.G. Lipson, P.I.

5. American Diabetes Association Grant – "Mechanism of Insulin Release." 3/79 through 8/80. L.G. Lipson, P.I.

6. American Cancer Society Pilot Project Grant – "Tissue Culture Studies on Human Pituitary Tumors." 10/78 – 9/79. L.G. Lipson, P.I.

7. Los Angeles County Medical Association Auxiliary Grant – "Research in Clinical Diabetes." 7/78-1/82. L.G. Lipson, P.I.

8. NIH Research Grant – "Calcium modulated proteins in the parathyroid." NIAMDD, NIH 1R01 am 27816. 12/80 through 6/85. *205,000 L.G. Lipson, Co-P.I.

9. NIH Training Grant – "Training in Endocrine Hypertension and Endocrinology – Metabolism." NIAMDD, NIH. T 32 AM 07119. 7/80 THROUGH 6/85 $414,500. L.G. Lipson, Instructor.

10. NIH Training Grant – "Training in the Endocrinology and Neurobiology of Aging." NIA, NIH, 9/82 through 8/87, $803,882. L.G. Lipson, Co-director. AG 00093.

11. NIH Research Grant – "Microencapsulation: A novel transplantation technique." NIA, NIH. 3/83-2/85. L.G. Lipson, P.I.

12. American Diabetes Association Grant – "The role of cyclic AMP in insulin secretion in the diabetic mouse." 8/83 through 1/85. L.G. Lipson, Co-P.I.

13. DHHS Center Grant – "Geriatric Education Center Grant." DHHS 1D31 AH 69000. $952,000. 10/83 through 9/88. L.G. Lipson, Faculty Coordinator and Member of the Steering Committee.

14. NIH Center Grant – "Southern California Consortium for the Study of Alzheimer's Disease." NIA, NIH. 1/85 through 12/89. $750,000/year. L.G. Lipson, Clinical Investigator.

15. John A. Hartford Senior Scholar Award in Geriatric Medicine – at Harvard Medical School. 9/84 through 8/85. L.G. Lipson, Awardee.

16. Research Grant from Roerig, Pfizer Pharmaceuticals, "Diabetes in Elderly Mexican Americans." 1/86 through 7/87. $80,000 L.G. Lipson, M.D., P.I.

17. Research Grant from Ross Laboratories, "Diet and Dementia." 1/88 through 12/89. $37, 500. L.G. Lipson, M.D., P.I.

18. Research Grant from Hoechst Pharmaceuticals – "Neuropathy in the Elderly." 1/88 through 12/89, $27, 500. L.G. Lipson, M.D., P.I.

19. Research Grant from Boehringer Ingelheim Pharmaaceuticals – "Control of Mild Hypertension in the Elderly Inner – City Population." 6/88 through 12/88. $45, 000. L.G. Lipson, M.D.,P.I.

20. Research Grant from Marion Laboratories – "A New Treatment for Pressure Sores." 6/88 through 3/89. $15,000 L.G. Lipson, M.D., P.I.

21. Research Grant from  Roerig Pharmaceuticals – "Diabetes in the Elderly." 7/1/89 – 12/31/90. $15,000, L.G. Lipson, M.D., P.I.

22. Research Grant from the John A. Hartford Foundation – "Prescribing Habits of Physicians in Retirement Housing." 2/89 through 1/93. $487,000. L.G. Lipson, M.D., P.I.

23. DHHS center Grant – "Geriatric Education Center." 10/89 through 9/92. $450,000 L.G. Lipson, M.D. Clinical Site Coordinator, Key Faculty Member, and Member of the Steering Committee.

24. Geriatric Medicine Fellowship Grant from the Japanese Retirement and Skilled Nursing Facilities (Keiro Services), 7/88 through 7/90. $170,000. L.G. Lipson, M.D., P.I.

25. Geriatric Medicine Fellowship Grant from the Motion Picture and Television Retirement Home and Hospital. 7/87 through 6/90. $50,000/year. L.G. Lipson, M.D., P.I.

26. NIH Research Grant – NIDDK – "Subtle Disturbances of Cobalamin Status." 2R01-DK32640-07. 2/1/91 through 1/31/95. $235,827. L.G. Lipson, M.D., Co-Investigator.

27. Development Grant – USC Irvine Foundation. Diversity Project. Course Development. "Diversity in Aging: Roles in Ethnicity, Gender, Biology and Environment." 1992-onward, $5,000. L.G. Lipson, M.D., Course Director and P.I.

28. NIH Research Grant – "Multicenter Trail of Prednisone in Alzheimer's Disease." 1995, $80,000. L.G. Lipson, M.D., Co-P.I.

29. State of Alaska – Educational Grant  "Training of Administrators in Long Term Care Institutions and Health Care Providers and Planners in Special Topics of Gerontology and Geriatrics." 3/1/96 – 5/20/96, $16,000. L.G. Lipson, M.D., Director.

30. Glendale Adventist Medical Center – "Family Practice Residency Training in  Geriatric Medicine." 7/1/96 – 6/30/00, $6,000/year. L.G. Lipson, M.D., Director.

31. Research Grant from G.D. Searle and Co. ' "Controlled Onset Verapamil Investigation of Cardiovascular Endpoints." 5/97 through 5/02. $75.000. L.G. Lipson, M.D., P.I.

32. State of Alaska, "Training in Geropharmacy, Fall Prevention, and Quality Assurance in the frail and demented elderly." 4/98- 1/1/02, $200,000. L.G. Lipson, M.D., P.I.

33. Research Grant from Pfizer Pharmaceuticals, - "Studies in Fine Motor Coordination in Alzheimer's Disease." 6/98-10/99, $97,000. L.G. Lipson, M.D., P.I.

34. Research Grant from the Keck Foundation "Studies on the Use of Medications in the Elderly." 9/30/02, $4,000. L.G. Lipson, M.D., P.I.- 12/31/02.

35. State of Alaska, "Training in Geropharmacy: Quality Assurance in the Frail and Demented Elderly: CQI of Pioneers' Homes," 1/1/02-12/31/02. $100,000. L.G. Lipson, M.D., P.I.

36. State of Alaska, "Training in Quality Assurance of the Frail and Demented Elderly: CQI of Pioneers' Homes," 1/1/03-12/21/03. $100,000 L.G. Lipson, M.D., P.I.

37. State of Alaska – University of Alaska. Alaska Geriatric Education Center – Consultant 7/1/03 – 12/31/04. $18,000.

38. State of Alaska – University of Alaska, Alaska Geriatric Education Center – Consultant 10/1/07 – 6/30/08. $10,000.

39. State of Alaska – University of Alaska, Alaska Geriatric Education Center – Consultant 7/1/08 – 6/30/09. $10,000.

40. State of Alaska – University of Alaska Geriatric Education Center – Consultant 7/1/09 – 6/30/10  $5,000.