**EXHIBIT G**

# THOMAS K. RESK, M.D.

**PATHOLOGIST**
*Board Certified by the American Board of Pathology in
Anatomic and Clinical Pathology
&
Forensic Pathology*

Voice 530.343.9816
Fax 530.343.9919
Email thomask@sbcglobal.net

P.O. Box 3215
Chico, CA 95927-3215

## FORENSIC AUTOPSY REPORT

**Name:** POST, IDA
**Age:** 68 years

**Date of Autopsy:** 27 Nov 09
**Autopsy number:** 3387

**Jurisdiction:** Butte County Sheriff-Coroner Case D09-1544

**CAUSE OF DEATH:** SEVERE THERMAL BURNS     (MINUTES)

**DUE TO:** MOBILE HOME FIRE     (MINUTES)

**OTHER SIGNIFICANT CONDITIONS:**
1. ATHEROSCLEROTIC HEART DISEASE
2. HYPERTENSION
3. CHRONIC OBSTRUCTIVE PULMONARY DISEASE
4. CEREBROVASCULAR ACCIDENT, REMOTE

*[signature]*

Thomas K. Resk, MD
20 January 2010

TKM:vd

POST, IDA
Page 2 / # 3387

The autopsy is performed by prosector Thomas K. Resk, MD at the authorization of Butte County Sheriff-Coroner, Perry Reniff, at Ramsey Funeral Home in Oroville, California on 27 November 2009. The unembalmed body is received in a blue body bag bearing an identification tag on the handle labeled "Ida Post". Witness present for the autopsy are autopsy assistants Gary Braaten and Tom Frazier.

## CLOTHING:
1. Residual non-burned clothing consists of a peach colored shirt partially preserved on the right arm.

## IDENTIFYING SCARS, MARKS, AND TATTOOS:
1. None apparent

## EVIDENCE OF MEDICAL INTERVENTION:
1. None

## EVIDENCE OF EXTERNAL INJURY:
1. Extensive thermal burns with third degree burns are noted over approximately 75% of the body surfaces including the entire face except for a spared area over the right lateral cheek and right ear. The right side of the torso including the right upper and proximal lower arm posteriorly as well as the right lateral chest, right lateral abdomen and right lateral upper leg have been largely spared from thermal burns. The remainder of the body shows extensive thermal burns with hair stubble present and facial features largely obscured by extensive thermal coagulation and burns. Both hands as well as the feet show extensive thermal burns. Subsequent internal examination shows no evidence of cherry red discoloration of the hearts blood or blood noted within the skeletal musculature. No evidence of electrical-type burns are noted over the decedent's burned hands suggestive of possible low voltage electrocution. Examination of the trachea and mouth shows no evidence of soot deposition.



POST, IDA
Page 3 / # 3387

## EVIDENCE OF INTERNAL INJURY:
1. None

## EXTERNAL EXAMINATION:
The body is that of an unembalmed, elderly, white female whose general physical condition is consistent with the indicated age of 68 years. The body weighs an estimated 60 pounds and the estimated body length is 58 inches. The irides are opaque but appear green. The residual hair noted over the right side of the scalp is brown and of average length. Moderate rigor mortis is noted without definite evidence of a pugilistic attitude. Purple livor is noted over dependent portions of the supine body.

The mouth is edentulous with no teeth identified. All frenula are intact and there is no evidence of intraoral mucosal laceration. Examination of the eyes, ears, neck, upper extremities, thorax, breasts, abdomen, lower extremities and dorsum of the body otherwise exhibits no significant abnormalities.

## INTERNAL EXAMINATION:
Head and Neck
No other abnormalities of the head and neck are identified. The brain weighs 1018 grams and shows an unremarkable cortical surface and sectioned surface. The thyroid gland and neck structures are unremarkable.

Thorax
The right and left lungs weigh 345 grams and 245 grams respectively. They show a subcrepitant moist sectioned surface. The tracheobronchial tree is unremarkable without evidence of aspiration.
The 386 gram heart shows up to 50% coronary artery obstruction by arteriosclerotic coronary artery disease noted involving the left anterior descending coronary artery with lesser degrees of obstruction noted involving the remaining branches of both coronary arteries. The sectioned myocardial surface shows no evidence of infarction. The cardiac valves, thoracic aorta, pulmonary arteries and pulmonary veins are unremarkable.

Abdomen
The esophagus is unremarkable. The stomach is unremarkable without pills or capsules noted and contains approximately 100 milliliters of tan fluid. The duodenum and remainder of the gastrointestinal tract is



POST, IDA
Page 4 / # 3387

unremarkable. The red-brown 892 gram liver is unremarkable. The gallbladder is unremarkable. The 55 gram spleen is unremarkable. The pancreas, adrenal glands, abdominal aorta and mesentery / mesenteric lymph nodes are unremarkable.

Genitourinary
The right and left kidneys weigh 90 grams each. The intact, empty urinary bladder is unremarkable. The uterus and cervix are atrophic. The fallopian tubes and ovaries are unremarkable.

Extremities
Extremities and antecubital fossae are otherwise unremarkable. No palpable fractures are noted.

TOXICOLOGY SPECIMENS:
1. Right and left femoral blood (peripheral)
2. Hearts blood

EVIDENCE RETAINED:
1. None

MICROSCOPIC EXAMINATION / MICROSCOPIC INTERPRETATION:
Microscopic examination is not performed.

TOXICOLOGY:
See attached toxicology report.

**Valley Toxicology Service, Inc.**
Mail to: P.O. Box 427, West Sacramento, California 95691  (916) 371-5440  (800) 521-0372
Location: 2401 Port Street, West Sacramento, California 95691  FAX: (916) 371-8660
Division: Culger Laboratory    ValTox Laboratory

Jon W. Knapp
President

***** TOXICOLOGY REPORT *****

Acc.No: CC09-00370
Xref #: D09-1544

Subject: POST, IDA
Date Taken: 11/27/2009
Date Received: 12/1/2009
Samples Submitted: Blood

Agency: BUTTE COUNTY CORONER
Via: EVANS

### REQUEST

X   General Tox. Screen I        ___ General Tox. Screen II
___ Alcohol   ___ Homicide       ___ Blood Type
    Carbon Monoxide

### BLOOD DRUG ANALYSIS

| | |
|---|---|
| BloodAlcohol | ND |
| Other Volatiles: | |
| **AMPHETAMINES** | |
| Amphetamine: | ND |
| Methamphetamine | ND |
| **ANTIDEPRESSANTS** | |
| Amitriptyline: | ND |
| Desipramine: | ND |
| Doxepin: | ND |
| Imipramine: | ND |
| Nortriptyline: | ND |
| **BARBITURATES** | |
| Amobarbital: | ND |
| Butabarbital: | ND |
| Butalbital: | ND |
| Pentobarbital: | ND |
| Secobarbital: | ND |
| Phenobarbital: | ND |
| **BENZODIAZEPINES** | |
| Diazepam: | ND |
| Flurazepam: | |
| Oxazepam: | |

| | |
|---|---|
| **LOCAL ANESTHETICS** | |
| Benzocaine: | ND |
| Lidocaine: | ND |
| Cocaine: | ND |
| Benzoylecgonine: | |
| **NARCOTIC ANALGESICS** | |
| Codeine: | ND |
| Morphine (RIA): | |
| Pentazocine: | ND |
| Pethidine: | ND |
| **SEDATIVES HYPNOTICS** | |
| Carisoprodol: | ND |
| Glutethimide: | |
| Meprobamate: | ND |
| Methocarbamol: | |
| Methprylon: | |
| Methaqualone: | |
| **MISCELLANEOUS** | |
| Diphenhydramine: | ND |
| Doxylamine: | ND |
| Cannabinoids: | |

ND = None Detected

Page 1 of 2

**Valley Toxicology Service**

Mail to: P.O. Box 427, West Sacramento, California 95691  (916) 371-5440  (800) 521-0372
Location: 2401 Port Street, West Sacramento, California 95691  FAX: (916) 371-8660
Divisions: Quigor Laboratory    Valtox Laboratory

on W. Knapp
President

***** TOXICOLOGY REPORT *****

Acc.No: CC09-00370
Xref #: D09-1544
Agency: BUTTE COUNTY CORONER
Via: EVANS

Subject: POST, IDA
Date Taken: 11/27/2009
Date Received: 12/1/2009
Samples Submitted: Blood

### URINE ANALYSIS
Barbiturates:
Benzodiazepines:
Methamphetamine:
Morphine:
Codeine:
Cocaine:
Benzoylecgonine:
Cannabinoids:

### OTHER ANALYSIS:
ELISA on heart blood:
Benzoylecgonine - ND
Methamphetamine - ND
Morphine - ND
Cannabinoids - ND
Barbiturates - ND

Peripheral blood:
Carbon Monoxide - ND

Commen
General tox screen and alcohol analysis performed on peripheral blood.

ND = None Detected

Analyst: Michelle D. Cadorna

Date Completed: 1/14/2010

Page 2 of 2

VALTOX KITS   FORENSIC   ENVIRONMENTAL   CHEMISTRY   CONTRACT RESEARCH
              ANIMAL BLOODS   MEDIA ADDITIVES   CRIMINALISTICS