JOHN P. COLEMAN, SBN 60844
**BOLLING & GAWTHROP**
A Professional Corporation
8880 Cal Center Drive, Suite 190
Sacramento, California 95826
Telephone: (916) 369-0777
Facsimile: (916) 369-2698

STEPHEN T. MOFFETT, ESQ. (admitted *Pro Hac Vice*)
THOMAS L. VITU, PHV (admitted *Pro Hac Vice*)
**MOFFETT VITU LASCO & PACKUS, PC**
Brown Street Centre
255 East Brown Street, Suite 349
Birmingham, MI 48009
Telephone: (248) 646-5100
Facsimile: (248) 646-5332

Attorneys for Sunbeam Products, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS POST, Individually and as Personal Representative of the Estate of Ida Post; DEBRA FERGUSON; BOBBIE HASKETT; MICHAEL POST; LAURA ZEDAKER and MARGIE ZERVOS,<br><br>Plaintiff,<br><br>v.<br><br>SUNBEAM PRODUCTS, INC.,<br><br>Defendants. | Case No. 2:11-CV-00792-JAM-CMK<br><br>**DEFENDANT SUNBEAM PRODUCTS, INC.'S NOTICE OF MOTION AND MOTION IN LIMINE TO PRECLUDE TESTIMONY OF PLANTIFFS' NON-RETAINED EXPERTS; SUPPORTING POINTS AND AUTHORITIES AND EXHIBITS ATTACHED THERETO**<br><br>Date: July 11, 2012<br>Time: 9:30<br>**Courtroom: 6, Hon. John A. Mendez**<br>**Complaint Filed: March 22, 2011** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 11, 2012 at 9:30 a.m., or as soon thereafter as this matter may be heard in Courtroom 6, the Honorable John A. Mendez presiding of the United States District Court for the Eastern District of California located at 501 "I" Street, Sacramento, California, defendant Sunbeam Products, Inc. (hereafter Sunbeam) will and hereby does move this

1

Bolling & Gawthrop
*A Professional Corporation*

DEFENDANT SUNBEAM PRODUCTS, INC.'S NOTICE OF MOTION AND MOTION IN LIMINE TO PRECLUDE TESTIMONY OF PLANTIFFS' NON-RETAINED EXPERTS; SUPPORTING POINTS AND AUTHORITIES AND EXHIBITS ATTACHED THERETO

1. Court for orders precluding plaintiffs' expert from giving expert witness testimony at trial in the
2. above-captioned matter, pursuant to Federal Rules of Evidence, Rule 702, *Daubert v. Merrell Dow*
3. *Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and its progeny and as per further authority set forth
4. in the pleadings attached hereto.
5.     This motion is based on this document, the accompanying memorandums of points and
6. authorities in support of the motions as to the aforesaid witnesses and all exhibits attached thereto,
7. and on such further oral and documentary evidence as may be presented at the hearing on this
8. motion.
9. DATED: June 13, 2012.     BOLLING & GAWTHROP

By:_____//s// John P. Coleman
      John P. Coleman
Attorneys for Sunbeam Products, Inc.

Bolling & Gawthrop
A Professional Corporation

2

DEFENDANT SUNBEAM PRODUCTS, INC.'S NOTICE OF MOTION AND MOTION IN LIMINE TO PRECLUDE TESTIMONY OF PLANTIFFS' NON-RETAINED EXPERTS; SUPPORTING POINTS AND AUTHORITIES AND EXHIBITS ATTACHED THERETO