**EXHIBIT B**

```
 1 │ MARY E. ALEXANDER, ESQ. (SBN: 104173)
   │ JENNIFER L. FIORE, ESQ. (SBN: 203618)
 2 │ Mary Alexander & Associates, P.C.
   │ 44 Montgomery Street, Suite 1303
 3 │ San Francisco, CA 94104
   │ Telephone: (415) 433-4440
 4 │ Facsimile: (415) 433-5440
   │ Email:  malexander@maryalexanderlaw.com
 5 │         jfiore@maryalexanderlaw.com
   │
 6 │ GEORGE E. MCLAUGHLIN, ESQ. (Admitted Pro Hac Vice)
   │ 40 Inverness Drive East
 7 │ Engelwood, CO 80112
   │ Telephone: (303) 792-5595
 8 │ Facsimile: (303) 708-0527
   │ Email: gmclaughlin@burgsimpson.com
 9 │
   │ Attorneys for Plaintiffs
10 │ THOMAS POST, Individually and as Personal
   │ Representative of the Estate of Ida Post;
11 │ DEBRA FERGUSON; BOBBIE HASKETT;
   │ MICHAEL POST; LAURA ZEDAKER; AND
12 │ MARGIE ZERVOS
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS POST, Individually and as Personal Representative of the Estate of Ida Post; DEBRA FERGUSON; BOBBIE HASKETT; MICHAEL POST; LAURA ZEDAKER; AND MARGIE ZERVOS,<br><br>Plaintiffs,<br><br>vs.<br><br>SUNBEAM PRODUCTS, INC.,<br><br>Defendant. | 2:11-cv-00792-JAM-CMK<br><br>**PLAINTIFFS' RULE 26(a)(2)(D)(ii) REBUTTAL DISCLOSURE** |

Pursuant to Federal Rule of Civil Procedure 26(a)(2)(D)(ii) concerning expert designation and Defendant's designation of a human factors expert, Plaintiffs, by and through their attorneys, George E. McLaughlin of Burg Simpson Eldredge Hersh & Jardine, P.C. and Mary E. Alexander and Jennifer L. Fiore of Mary Alexander & Associates, P.C., hereby submit their Rule

1

26(a)(2)(D)(ii) Rebuttal Disclosure.

    A.    **RETAINED EXPERTS**

    1.    **Edward Karnes, Ph.D., CHFP**, 5843 Willowbrook Drive, Morrison, CO 80465; Tel: (303) 697-9650.

    (a)    **Written Report:** Dr. Karnes' written report is attached hereto as Exhibit "1". Dr. Karnes will also respond to and/or rebut certain issues, claims, and/or opinions that may be expressed by human factors experts hired by the defense.

    (b)    **Qualifications of the Witness:** Dr. Karnes' Curriculum Vitae is attached hereto as Exhibit "A" to his report.

    (c)    **Compensation to Be Paid to the Witness:** Dr. Karnes' fee for analysis and review, deposition testimony and trial testimony is $350 per hour with a four-hour minimum for deposition testimony. Dr. Karnes' Fee Schedule is attached as Exhibit "B" to his report.

    (d)    **List of Other Cases in Which the Witness Has Testified as an Expert:** A list of cases in which Dr. Karnes has given testimony is attached hereto as Exhibit "C" to his report.

    B.    Plaintiffs reserve the right to call at the time of trial of this matter, any and all experts identified by defendant, and experts not named whose testimony may be needed to aid in the prosecution of the action and/or refute and rebut the contentions and testimony of defendant's experts.

    C.    Plaintiffs reserve the right to supplement their disclosures of expert witnesses pursuant to F.R.C.P. Rule 26(a)(2)(B)-(E) and in response to discovery which is ongoing.

DATED: March 8, 2012

MARY ALEXANDER & ASSOCIATES, P.C.

By: /s/ Mary E. Alexander
Mary E. Alexander, Esq.
Jennifer L. Fiore, Esq.
*Attorneys for Plaintiffs*