EXHIBIT D

**Incident Report**

Paradise Fire Department

2009-0003798 -000

| Basic | |
|---|---|
| Alarm Date and Time | 13:25:00     Thursday, November 26, 2009 |
| Arrival Time | 14:25:00 |
| Controlled Time | 17:33:00 |
| Last Unit Cleared Time | 17:33:00 |
| Response Time | 1:00:00 |
| Priority Response | Yes |
| Completed | Yes |
| Reviewed | Yes |
| Fire Department Station | ST1 |
| Shift | B |
| Incident Type | 111 - Building fire |
| Aid Given or Received | 4 - Automatic aid given |
| Mutual Aid Department | CDF |
| Their Incident Number | 0014040 |
| Alarms | 1 |
| Action Taken 1 | 86 - Investigate |
| Casualties | Yes |
| Apparatus - Suppression | 1 |
| Personnel - Suppression Personnel | 1 |
| Other Fatalitites | 1 |
| Property Use | 419 - 1 or 2 family dwelling |
| Location Type | Address |
| Address | 128  Squirrel LN |
| City, State Zip | Butte County, CA 95969 |
| District | 4 |

| Person Involved - Post, Ida A | |
|---|---|
| Occupies Property | Yes |
| Name Prefix | MRS |
| Last Name | Post |
| First Name | Ida |
| Middle Initial | A |
| Street Address | 128  Squirrel LN |
| City, State Zip | Butte County, CA 95969 |

| Civilian Casualty - Post, Ida A | |
|---|---|
| Name Prefix | MRS |
| First Name | Ida |
| Middle Initial | A |
| Last Name | Post |
| Street Address | 128  Squirel LN |
| City, State Zip | Butte County, CA 95969 |
| Gender | 2 - Female |
| Age | 68 |
| Race | 1 - White |
| Severity | 5 - Death |
| Injury Date and Time | 13:25:00     Thursday, November 26, 2009 |
| Cause of Injury | 1 - Exposed to fire products |

Δ π EXHIBIT  4
Deponent  Price
Date 11-30-11  Rptr. DB
WWW.DEPOBOOK.COM

# Incident Report

Paradise Fire Department

**2009-0003798 -000**

| Civilian Casualty - Post, Ida A | |
|---|---|
| Activity When Injured | 7 - Unable to act |
| Primary Body Part Injured | 9 - Multiple parts |
| Primary Symptom | 11 - Burns and smoke inhalation |
| Affiliation | 1 |
| Human Factors | Physically Disabled, Unattended Person |
| Location at Time of Incident | 4 - In area of origin and involved |
| General Location at Time Injury | 1 - In area of origin |
| Specific Location | 00 - Other specific location |

| Apparatus - PV | |
|---|---|
| Apparatus ID | PV |
| Response Time | 1:00:00 |
| Apparatus Dispatch Date and Time | 13:25:00   Thursday, November 26, 2009 |
| En route to scene date and time | 13:25:00   Thursday, November 26, 2009 |
| Apparatus Arrival Date and Time | 14:25:00   Thursday, November 26, 2009 |
| Apparatus priority response | Yes |
| Number of People | 1 |
| Apparatus Use | 1 |
| Apparatus Action Taken 1 | 86 - Investigate |
| Apparatus Type | 99 - Privately owned vehicle |
| Personnel 1 | F038 - Rapp, Eric<br>Position: CAPT<br>Personnel Action Taken 1: 86 - Investigate |

| Authority | |
|---|---|
| Reported By | F038 - Rapp, Eric<br>13:04:30   Friday, November 27, 2009 |
| Officer In Charge | F038 - Rapp, Eric<br>13:21:15   Wednesday, December 2, 2009 |
| Reviewer | F020 - Main, Chris<br>13:04:29   Wednesday, December 2, 2009 |

| Narratives | |
|---|---|
| Narrative Name | 595254 |
| Narrative Type | Incident |
| Narrative Date | 11:19:42   Friday, November 27, 2009 |
| Author | F038 - Rapp, Eric |
| Author Rank | CAPT |
| Author Assignment | 1 |
| Narrative Text | At 1325 hours on Thursday November 26, 2009 we were dispatched to a building fire. One unit was assigned to this incident. One person responded. We arrived on scene at 1425 hours and cleared at 1733 hours. The incident occurred at 128 Squirrel Ln, Butte County in District 4. The local station is ST1. The general description of this property is 1 or 2 family dwelling. The primary task(s) performed at the scene by responding personnel was investigation. Automatic aid was given on this incident.<br><br>I, Eric Rapp, responded to 128 Squirrel Lane, for a fire fatality. Upon my arrival, I met with Engineer Dan Collins and Deputy Sheriff Jess Nicholaw. The fire occurred in a single |

**Incident Report**                                              Paradise Fire Department

2009-0003798 -000

---

### Narratives

wide mobile home in Berry Creek. The main body of the fire was located in an area ten feet by ten feet, in the living room. The heaviest burning occurred on the couch where the victim was lying. I did a search of the perimeter as well as under side of the mobile home and there was nothing suspicious in nature.

Upon entering the structure, I made sure that everyone who assisted me was wearing rubber gloves and they were informed not to remove any items unless I had instructed them to do so. I worked a systematic approach investigating from the least burned area to the heaviest burned area.

The victim was a non-ambulatory person who relied on home oxygen and was known to occasionally smoke. She had a caretaker the majority of the time who fed and changed her. The victim was found laying on her right side and curled up in a fetal position. The victims head was laying near the bravo side of the structure and rested up against a night stand. The victims head was creased on the edge of the nightstand and some blood residue was found on her pillow. The patients burns were third degree on her left side but the right side that was laying on the couch itself was partially protected. The patient was wearing a plastic type diaper and a T-shirt (witnessed by her care taker). The shirt was burned on the victims left side and protected on the side she was laying on, the diaper was partially burned.

After the victim was removed by an Oroville mortuary, we inspected the couch area. The caretaker told us the victim used an old heating blanket to keep her warm. Upon investigating the scene, we found a power strip (bravo side) which did have a heating blanket plugged into it. On the delta side of the structure near the victims feet, we found an oxygen compressor with residue of a nasal cannula leading from it across the floor and up to the patients body. The caretaker said the patients oxygen intake was usually around 2 liters by nasal cannula. I then followed the heating blanket cord from the power strip to the blanket control which was laying on the arm rest of couch, near the patients head. The cord was running down the back crease of the couch (hide-a-bed) and down into the lower portion of the arm rest (near victims feet, delta side). The heating element of the blanket had three wires that lead into the blanket. One of the wires was exposed and fused into a softball size charred section of the couch (origin). There was no evidence of any smoking materials near the patient.

The fire was started by a heating blanket that was crimped into the metal frame work of the hide-a-bed couch. The fire appeared to have started on the lower part of the arm rest (delta side) and burned upward toward the victims feet. The victims additional blankets and her T-shirt increased the burning process. I also believe the oxygen from the nasal cannula enhanced the fires activity. The patients burns appear as if a wicking type burn occurred. The patients shirt acted as the wick and the victims skin and subcutaneous fat acted as the fuel (or candle). The victim was unable to move once the fire started . This fire does not appear suspicious in nature. The fire was accidentally caused by the heating blanket which covered the victims body.

---

# PARADISE FIRE DEPARTMENT

# PHOTO LOG

01.    Photo of...Melted plastic cabinet door faces.

02.    Photo of...melted door faces.

03.    Side view looking in at cabinets.

04.    Stain on refrigerator and walls.

05.    Dining room table.

06.    High level staining from soot on the walls.

07.    More smoke staining.

08.    Living room walls staining.

09.    Oxygen mask.

10.    Wall above victims head, bravo side of the building.

11.    Oxygen compressor and melted nasal cannula tubing on the carpet.

12.    Melted nasal canula.

13.    Tubing from nasal cannula.

14.    Surface burns on the living room floor.

15.    Power strip near the victims night stand.

16.    Burned nasal cannula imbedded in the couch.

17.    Pack of cigarettes in the victims purse, next to her head.

18.    Battery operated Christmas light.

19.    Lighter in purse.

20.    Melted plastic on the night stand near the victims head.

21. Debris above victim on a shelf.

22. More melted debris above the victims couch,

23. Shelf above the victim's body.

24. Victim's body laying on the couch. (head on the delta side of the structure).

25. Victim's body next to shelves.

26. Victim' body on the protected side.

27. T-shirt on protected side of victim.

28. Burns on victim.

29. Face of the victim.

30. Cord to the heating blanket.

31. Exposed wire on the heating blanket.

32. Origin of the fire, where the exposed wire came into contact with the hide-a-bed.

33. Heating element of the heated blanket.

34. Orgin of the fire.

35. Victim on the hide-a-bed.

36. Debris at the foot of the hide-a-bed.

**Incident Number:** __ **Case Number:** __ **Date:**

**Reporting Officer Signature:** _Eric Repp_ _____ **Date:** _12-2-09_

**Reviewed By:** _Chief Main Oliveyan_ _____ **Date:** _12-2-09_

**Controlled Document Released By:** _Capt Repp_ to _BC Price_ **Date:** _12-2-09_

*Not to be duplicated, by Order of the Fire Chief, Paradise Fire Department!*

2