JOHN P. COLEMAN, SBN 60844
**BOLLING & GAWTHROP**
A Professional Corporation
8880 Cal Center Drive, Suite 190
Sacramento, California  95826
Telephone:  (916) 369-0777
Facsimile:  (916) 369-2698

STEPHEN T. MOFFETT, PHV
THOMAS L. VITU, PHV
**MOFFETT VITU LASCO & PACKUS, PC**
Brown Street Centre
255 East Brown Street, Suite 349
Birmingham, MI 48009
Telephone:  (248) 646-5100
Facsimile:  (248) 646-5332

Attorneys for Sunbeam Products, Inc.

MARY E. ALEXANDER, ESQ. (SBN 104173)
JENNIFER L. FIORE, ESQ. (SBN 203618)
Mary Alexander & Associates, P.C.
44 Montgomery Street, Suite 1303
San Francisco, CA 94104
Telephone:  (415) 433-4440
Facsimile: (415) 433-5440

GEORGE E. McLAUGHLIN, ESQ. (PHV)
40 Inverness Drive East
Engelwood, CO 80112
Telephone:  (303) 792-5595
Facsimile: (303) 708-0527

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS POST, Individually and as Personal Representative of the Estate of Ida Post; DEBRA FERGUSON; BOBBIE HASKETT; MICHAEL POST; LAURA ZEDAKER and MARGIE ZERVOS,<br><br>Plaintiff,<br><br>v.<br><br>SUNBEAM PRODUCTS, INC.,<br><br>Defendants. | Case No. 2:11-CV-00792-JAM-CMK<br><br>**STIPULATION TO MODIFY STATUS (PRE-TRIAL SCHEDULING) ORDER TO CONTINUE DATES FOR TRIAL, PRE-TRIAL AND DEFENDANT'S PENDING IN LIMINE MOTIONS AND MOTIONS FOR SUMMARY JUDGMENT AND ORDER THEREON** |

**Bolling & Gawthrop**
*A Professional Corporation*

1
STIPULATION TO MODIFY STATUS (PRE-TRIAL SCHEDULING) ORDER TO CONTINUE DATES FOR TRIAL, PRE-TRIAL
AND DISPOSITIVE MOTIONS CUT-OFF;[PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

Comes now the parties, plaintiffs Thomas Post, individually and as Personal Representative of the Estate of Ida Post, Debra Ferguson, Bobbie Haskett, Michael Post, Laura Zedkar and Margie Zervos by and through their attorneys Mary E. Alexander, Esq. and George E. McLaughlin, Esq. and defendant Sunbeam Products, Inc., by and through its attorneys, John P. Coleman, Esq. and Stephen Moffett, Esq., and pursuant to Federal Rules of Civil Procedure 15(b), hereby stipulate as follows:

Plaintiffs have requested of defendant additional time to respond to defendant Sunbeam's pending motions in limine and motions for summary judgment presently set for hearing on July 11, 2012. The court advises that a continuance of said motions necessitates modification of the scheduling order to continue the trial date and pre-trial conference dates. Accordingly, with the suggested dates from the clerk of this Court the parties hereby stipulate and consent to the following new dates for hearing defendant's aforesaid motions and for pre-trial and trial for the Court's consideration:

| | |
|---|---|
| Hearing on Sunbeam's motions in limine and summary judgment motions; (opposition and reply briefs to be filed in accordance with Local Rule 230) | September 19, 2012 at 9:30 a.m. in Ctrm. 6 |
| Joint pre-trial statement: | February 22, 2013 |
| Pre-trial conference date: | March 1, 2013 at 10:00 a.m. |
| Jury trial date: | April 22, 2013 at 9:00 a.m. |

WHEREFORE, plaintiffs Thomas Post, individually and as Personal Representative of the Estate of Ida Post, Debra Ferguson, Bobbie Haskett, Michael Post, Laura Zedkar and Margie Zervos and defendant Sunbeam Products, Inc., respectfully requests this Court to modify the status (pre-trial scheduling) order for the aforementioned dates as set forth above.

Dated: June 27, 2012              Mary Alexander & Associates


By: //ss//  Mary E. Alexander
    Mary E. Alexander
    Attorneys for Plaintiffs

/ / /

**Bolling & Gawthrop**
*A Professional Corporation*

2
STIPULATION TO MODIFY STATUS (PRE-TRIAL SCHEDULING) ORDER TO CONTINUE DATES FOR TRIAL, PRE-TRIAL AND DISPOSITIVE MOTIONS CUT-OFF;[PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

Dated: June 27, 2012

By: //ss// George E. McLaughlin
George E. McLaughlin
Attorneys for Plaintiffs

Dated: June 27, 2012          BOLLING & GAWTHROP

By: //ss// John P. Coleman
John P. Coleman
Attorneys for Sunbeam Products, Inc.

Dated: June 27, 2012          MOFFETT, VITU, LASCOE & PACKUS

By: //ss// Stephen Moffett
Stephen Moffett
Attorneys for Sunbeam Products, Inc.

## ORDER ON STIPULATION

For Good Cause shown; it is SO ORDERED.

Dated: __6/27/2012_____

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

**Bolling & Gawthrop**
*A Professional Corporation*

3
STIPULATION TO MODIFY STATUS (PRE-TRIAL SCHEDULING) ORDER TO CONTINUE DATES FOR TRIAL, PRE-TRIAL AND DISPOSITIVE MOTIONS CUT-OFF;[PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com