UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS POST, Individually and as Personal Representative of the Estate of Ida Post; DEBRA FERGUSON; BOBBIE HASKETT; MICHAEL POST; LAURA ZEDAKER; AND MARGIE ZERVOS;<br><br>Plaintiffs,<br><br>v.<br><br>SUNBEAM PRODUCTS, INC.,<br><br>Defendant. | No.  2:11-cv-00792-JAM-CMK<br><br>**ORDER DENYING DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT ON THE ISSUES OF CAUSATION AND PUNITIVE DAMAGES** |

Presently before the Court are Defendants' two motions for summary judgment on the issues of causation (Doc. # 36) and punitive damages (Doc. # 38). Both motions were heard on September 19, 2012. For the reasons contained in the transcript of that hearing (Doc. # 57), both motions are DENIED.

IT IS SO ORDERED.

Dated: October 11, 2012

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

1