JOHN P. COLEMAN, SBN 60844
**BOLLING & GAWTHROP**
A Professional Corporation
8880 Cal Center Drive, Suite 190
Sacramento, California 95826
Telephone: (916) 369-0777
Facsimile: (916) 369-2698

THOMAS L. VITU, PHV
**MOFFETT VITU LASCO & PACKUS, PC**
Brown Street Centre
255 East Brown Street, Suite 349
Birmingham, MI 48009
Telephone: (248) 646-5100
Facsimile: (248) 646-5332

Attorneys for Sunbeam Products, Inc.

MARY E. ALEXANDER, SBN 104173
JENNIFER L. FIORE, SBN 203618
Mary Alexander & Associates, P.C.
44 Montgomery Street, Suite 1303
San Francisco, CA 94104
Telephone: (415) 443-4440
Facsimile: (415) 433-5440

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS POST, Individually and as Personal Representative of the Estate of Ida Post; DEBRA FERGUSON; BOBBIE HASKETT; MICHAEL POST; LAURA ZEDAKER and MARGIE ZERVOS,<br><br>Plaintiff,<br><br>v.<br><br>SUNBEAM PRODUCTS, INC.,<br><br>Defendants. | Case No. 2:11-CV-00792-JAM-CMK<br><br>STIPULATION AND ORDER FOR REQUEST FOR DISMISSAL |

**IT IS HEREBY STIPULATED** by and between the plaintiffs and defendant, through their designated counsel of record, that they have agreed to a settlement of this action and have

placed the terms of the settlement with their clients' concurrence on the record and have received the agreed upon consideration pursuant to the terms of their settlement agreement and that this case be dismissed in its entirety, with prejudice, pursuant to FRCP 41(a)(1), each party to bear their own fees and costs.

DATED: Friday, May 17, 2013                MARY ALEXANDER & ASSOCIATES, P.C.


By:  ____/s/ Mary E. Alexander____

      Mary E. Alexander
Attorneys for Plaintiffs Thomas Post, Individually and as Personal Representative of the Estate of Ida Post; Debra Ferguson, Bobbie Haskett, Michael Post, Laura Zedaker and Margie Zervos

DATED:  May 17, 2013


By:  ___/s/ George E. McLaughlin___

      George E. McLaughlin (PHV)
Attorneys for Plaintiffs Thomas Post, Individually and as Personal Representative of the Estate of Ida Post; Debra Ferguson, Bobbie Haskett, Michael Post, Laura Zedaker and Margie Zervos

DATED: May 17, 2013                BOLLING & GAWTHROP


By:  ____/s/ John P. Coleman_____
      John P. Coleman
Attorneys for Defendant Sunbeam Products, Inc.

DATED: May 17, 2013                MOFFETT, VITU, LASCO & PACKUS, P.C.


By:  _____/s/ Thomas L. Vitu_____
      Thomas L. Vitu, PHV
Attorneys for Defendant Sunbeam Products, Inc.

**IT IS SO ORDERED.**

DATED: _5/17/2013        _____
      /s/ John A. Mendez_____
      Hon. John A. Mendez
      U. S. District Court Judge