JOHN P. COLEMAN, SBN 60844
**BOLLING & GAWTHROP**
A Professional Corporation
8880 Cal Center Drive, Suite 190
Sacramento, California   95826
Telephone:  (916) 369-0777
Facsimile:  (916) 369-2698

THOMAS L. VITU, PHV
**MOFFETT VITU LASCO & PACKUS, PC**
Brown Street Centre
255 East Brown Street, Suite 349
Birmingham, MI 48009
Telephone:  (248) 646-5100
Facsimile:  (248) 646-5332

Attorneys for Sunbeam Products, Inc.

MARY E. ALEXANDER, SBN 104173
JENNIFER L. FIORE, SBN 203618
Mary Alexander & Associates, P.C.
44 Montgomery Street, Suite 1303
San Francisco, CA 94104
Telephone: (415) 443-4440
Facsimile: (415) 433-5440

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS POST, Individually and as Personal Representative of the Estate of Ida Post; DEBRA FERGUSON; BOBBIE HASKETT; MICHAEL POST; LAURA ZEDAKER and MARGIE ZERVOS,<br><br>Plaintiff,<br><br>v.<br><br>SUNBEAM PRODUCTS, INC.,<br><br>Defendants. | Case No. 2:11-CV-00792-JAM-CMK<br><br>STIPULATION AND ORDER FOR REQUEST FOR DISMISSAL |

**IT IS HEREBY STIPULATED** by and between the plaintiffs and defendant, through their designated counsel of record, that they have agreed to a settlement of this action and have

1  placed the terms of the settlement with their clients' concurrence on the record and have received

2  the agreed upon consideration pursuant to the terms of their settlement agreement and that this

3  case be dismissed in its entirety, with prejudice, pursuant to FRCP 41(a)(1), each party to bear

4  their own fees and costs.

DATED: Friday, May 17, 2013        MARY ALEXANDER & ASSOCIATES, P.C.

By:  /s/ Mary E. Alexander

Mary E. Alexander
Attorneys for Plaintiffs Thomas Post, Individually
and as Personal Representative of the Estate of Ida
Post; Debra Ferguson, Bobbie Haskett, Michael Post,
Laura Zedaker and Margie Zervos

DATED: May 17, 2013

By:  /s/ George E. McLaughlin

George E. McLaughlin (PHV)
Attorneys for Plaintiffs Thomas Post, Individually
and as Personal Representative of the Estate of Ida
Post; Debra Ferguson, Bobbie Haskett, Michael Post,
Laura Zedaker and Margie Zervos

DATED: May 17, 2013        BOLLING & GAWTHROP

By:  /s/ John P. Coleman
John P. Coleman
Attorneys for Defendant Sunbeam Products, Inc.

DATED: May 17, 2013        MOFFETT, VITU, LASCO & PACKUS, P.C.

By:  /s/ Thomas L. Vitu
Thomas L. Vitu, PHV
Attorneys for Defendant Sunbeam Products, Inc.

**IT IS SO ORDERED.**

DATED: _5/17/2013        _____
/s/ John A. Mendez
Hon. John A. Mendez
U. S. District Court Judge